# United States Bankruptcy Court
## Middle District of Florida

In re    **Moderno Porcelain Tampa, LLC**                                    Case No.
                                    Debtor(s)                                Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Moderno Porcelain Tampa, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Moderno Porcelain Works, LLC**
**2506 W. Main Street**
**Suite 500**
**Houston, TX 77098**

☐ None [*Check if applicable*]

**October 28, 2025**                          **/s/ Esther McKean**

Date                                         **Esther McKean**

                                             Signature of Attorney or Litigant
                                             Counsel for    **Moderno Porcelain Tampa, LLC**
                                             **Akerman LLP**
                                             **420 S. Orange Ave.**
                                             **Suite 1200**
                                             **Orlando, FL 32801**
                                             **407-419-8583 Fax:407-843-6610**
                                             **esther.mckean@akerman.com**