**Fill in this information to identify the case:**

Debtor name    **Moderno Porcelain Tampa, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:25-bk-08025-RCT**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 29, 2025**    X **/s/ Roberto Contreras**

Signature of individual signing on behalf of debtor

**Roberto Contreras**
Printed name

**Pres & CEO of Moderno Porcelain Works, LLC, Debtor's Manager**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Moderno Porcelain Tampa, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | **8:25-bk-08025-RCT** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Moderno Porcelain Works, LLC P.O. Box 25169 Houston, TX 77265 | | | | | | $2,369,659.59 |
| Alprop-I, LLC 570 Delaware Avenue Buffalo, NY 14202 | | Rent (landlord) | | | | $114,584.01 |
| Norberg Electric & Mech. 1589 Highpoint Dr. Elgin, IL 60123 | | Electrical Work | | | | $18,651.25 |
| Integrated Premise Techn. 1711 Sarong Place Winter Park, FL 32792 | | Electrical Work | | | | $17,565.00 |
| The Rock Sale Corp. 1215 Benedict Ct. ATTN: Ygo Moschen Sarasota, FL 34237 | | | | | | $12,640.00 |
| Global Tranz Enterprises Inc P.O. Box 736808 Dallas, TX 75373-6808 | | Transportation | Disputed | | | $11,095.00 |
| Culligan Quench 630 Allendale Road Suite 200 King of Prussia, PA 19406 | | | | | | $10,472.50 |
| Crowe LLP P.O. Box 71570 Chicago, IL 60694 | | Tax Prep CPA Firm | | | | $8,185.00 |
| Mold Restoration Pro 4902 SW 141st Ave. Mirimar, FL 33029 | | Subcontractor | | | | $6,646.42 |

Debtor **Moderno Porcelain Tampa, LLC**  Case number *(if known)*  **8:25-bk-08025-RCT**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Depart. of Revenue Bankruptcy Section P.O. Box Tallahassee, FL 32314-6668 | | Sales Tax | | | | $5,302.38 |
| Kit Composites, LLC 4560 Leston St. Dallas, TX 75247 | | Foam products | | | | $4,000.00 |
| Floor & Decor Outlets of Am. P.O. Box 842787 Dallas, TX 75284 | | Rough install materials | | | | $2,475.38 |
| Dorothy Jean Money 650 N. Orange Ave. #4301 Orlando, FL 32801 | | Wage | | | | $2,224.16 |
| Peace River Cooperative, Inc P.O. Box 1547 Wauchula, FL 33873-1547 | | Utilities | | | | $1,151.83 |
| Transportation & Log. Srvs. 1855 Data Drive Suite 170 Birmingham, AL 35244 | | Freight Services | | | | $750.00 |
| Mazzela Lifting Technologies P.O. 74268 Cleveland, OH 44194 | | Machinery Repair | | | | $701.50 |
| Seneca Construction Svcs Inc 440 Park Cir So Saint Petersburg, FL 33707 | | Subcontractor | | | | $700.00 |
| Business Solutions Inter. 9203 Emmott Road Houston, TX 77040 | | Office Equipment R/M | | | | $409.20 |
| Edgeworks P.O. Box 270 South Haven, MI 49090 | | Metal working | | | | $331.02 |
| Chemical Concepts, Inc. 410 Pike Road Huntingdon Valley, PA 19006 | | Production adhesives | | | | $326.99 |

**Fill in this information to identify the case:**

Debtor name     **Moderno Porcelain Tampa, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:25-bk-08025-RCT**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*...........................................................................................   $            0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.........................................................................................   $      635,269.11

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*...........................................................................................   $      635,269.11

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $       25,718.46

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $        5,302.38

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$    2,583,000.62

4.   **Total liabilities** ..................................................................................................................................
Lines 2 + 3a + 3b                                                                                               $    2,614,021.46

**Fill in this information to identify the case:**

Debtor name    **Moderno Porcelain Tampa, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:25-bk-08025-RCT**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Veritex Community Bank** | **Checking** | 6332 | $1,512.15 |
| 3.2. | **Vera Bank** | **Checking** | 5755 | $6,103.07 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1. | $7,615.22

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| 7.1. | **Alprop-I (Landlord deposit)** | $64,947.48 |
|---|---|---|

Debtor **Moderno Porcelain Tampa, LLC**                     Case number (If known) **8:25-bk-08025-RCT**
      Name

| 7.2. | **Peace River Electric** | | | | $1,860.00 |

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                        | $66,807.48 |
   Add lines 7 through 8. Copy the total to line 81.

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **21,952.86** | − | 0.00 | = | $21,952.86 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                       | $21,952.86 |
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:  Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **Porcelain Slabs, PET Boards, Sinks, Others** | | $0.00 | LIFO | $88,715.92 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale **Fabricated Porcelain** | N/A | $0.00 | Specific | $25,725.63 |
| 22. | Other inventory or supplies **A-Frames, Tools, Parts** | 07/31/2025 | $0.00 | LIFO | $6,602.00 |

Debtor    **Moderno Porcelain Tampa, LLC**                                    Case number *(If known)*  **8:25-bk-08025-RCT**
Name

23.    **Total of Part 5.**                                                                                $121,043.55
Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Furniture, slab displays, showroom fixtures, outside racks** | $59,916.66 | Book | $25,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Computers** | $3,042.21 | Book | $1,000.00 |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                                $26,000.00
Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Debtor    **Moderno Porcelain Tampa, LLC**                          Case number *(If known)* **8:25-bk-08025-RCT**
          Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See attached Schedule** | $492,501.96 | Book | $391,850.00 |

| | |
|---|---|
| **51.    Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | $391,850.00 |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.    **Capital<br>improvements to<br>lease property** | N/A | $342,200.67 | Book | $0.00 |
| 55.2.<br>**Signage for Building** | N/A/ | $18,121.89 | Book | $0.00 |

Debtor   **Moderno Porcelain Tampa, LLC**　　　　　　　　　　　Case number *(If known)*  **8:25-bk-08025-RCT**
　　　　　Name

56.　**Total of Part 9.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00

　　　Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
　　　Copy the total to line 88.

57.　**Is a depreciation schedule available for any of the property listed in Part 9?**

　　　■ No
　　　☐ Yes

58.　**Has any of the property listed in Part 9 been appraised by a professional within the last year?**

　　　■ No
　　　☐ Yes

**Part 10:　Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　■ No. Go to Part 11.
　　☐ Yes Fill in the information below.

**Part 11:　All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　■ No. Go to Part 12.
　　☐ Yes Fill in the information below.

Debtor    **Moderno Porcelain Tampa, LLC**                              Case number *(If known)*  **8:25-bk-08025-RCT**
              Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,615.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $66,807.48 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $21,952.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $121,043.55 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $26,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $391,850.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $635,269.11 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                              $635,269.11

**Fill in this information to identify the case:**

Debtor name     **Moderno Porcelain Tampa, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:25-bk-08025-RCT**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Veritex Community Bank** | Describe debtor's property that is subject to a lien | $25,718.46 | $430,755.00 |
|---|---|---|---|---|

Creditor's Name

**8214 Westchester Dr.**
**Dallas, TX 75225**

**Bottero cutting table, Bottero edging machine, BACA water jet, ALL Lift Systems 2-ton crane**

Creditor's mailing address

Describe the lien

**kmathis@veritexbank.com**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**07/19/2022**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**9803**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $25,718.46 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Moderno Porcelain Tampa, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:25-bk-08025-RCT**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Florida Depart. of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box**<br>**Tallahassee, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,302.38 | $5,302.38 |
| Date or dates debt was incurred<br>**2023-2025** | Basis for the claim:<br>**Sales Tax** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** Nonpriority creditor's name and mailing address<br>**Alprop-I, LLC**<br>**570 Delaware Avenue**<br>**Buffalo, NY 14202**<br>Date(s) debt was incurred **7/25 -10/25**<br>Last 4 digits of account number **5468** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Rent (landlord)**<br>Is the claim subject to offset? ■ No ☐ Yes | $114,584.01 |
|---|---|---|
| **3.2** Nonpriority creditor's name and mailing address<br>**Amerigas**<br>**P.O. Box 371473**<br>**Pittsburgh, PA 15250-7473**<br>Date(s) debt was incurred **11/24 - 1/1/25**<br>Last 4 digits of account number **0063** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Propane**<br>Is the claim subject to offset? ■ No ☐ Yes | $155.99 |

53202

Debtor   **Moderno Porcelain Tampa, LLC**                     Case number (if known)   **8:25-bk-08025-RCT**
         Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.20 |

**Business Solutions Inter.**
9203 Emmott Road
Houston, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/24 - 4/25**

Basis for the claim:  **Office Equipment R/M**

Last 4 digits of account number  **MP07**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $326.99 |

**Chemical Concepts, Inc.**
410 Pike Road
Huntingdon Valley, PA 19006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/25**

Basis for the claim:  **Production adhesives**

Last 4 digits of account number  **5174**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,185.00 |

**Crowe LLP**
P.O. Box 71570
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/24-6/25**

Basis for the claim:  **Tax Prep CPA Firm**

Last 4 digits of account number  **3682**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,472.50 |

**Culligan Quench**
630 Allendale Road
Suite 200
King of Prussia, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 24 - July 25**

Basis for the claim: _

Last 4 digits of account number  **7409**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,224.16 |

**Dorothy Jean Money**
650 N. Orange Ave. #4301
Orlando, FL 32801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October of 2025**

Basis for the claim:  **Wage**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331.02 |

**Edgeworks**
P.O. Box 270
South Haven, MI 49090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2025**

Basis for the claim:  **Metal working**

Last 4 digits of account number  **N//A**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,475.38 |

**Floor & Decor Outlets of Am.**
P.O. Box 842787
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/24**

Basis for the claim:  **Rough install materials**

Last 4 digits of account number  **5971**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor  **Moderno Porcelain Tampa, LLC**                  Case number (if known)    **8:25-bk-08025-RCT**
        Name

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,095.00 |
|---|---|---|---|

**Global Tranz Enterprises Inc**
P.O. Box 736808
Dallas, TX 75373-6808

Date(s) debt was incurred _

Last 4 digits of account number __6808__

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Transportation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,565.00 |
|---|---|---|---|

**Integrated Premise Techn.**
1711 Sarong Place
Winter Park, FL 32792

Date(s) debt was incurred  __8/1/23__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electrical Work**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Keith Prinzi**
16416 US 19th N Lot #443
Clearwater, FL 33764

Date(s) debt was incurred  __October 2025__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1099**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Kit Composites, LLC**
4560 Leston St.
Dallas, TX 75247

Date(s) debt was incurred  __1/3/2024__

Last 4 digits of account number  __N/A__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Foam products**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lais Silva**
3032 Via Sienna Cir.
Sarasota, FL 34243

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $701.50 |
|---|---|---|---|

**Mazzela Lifting Technologies**
P.O. 74268
Cleveland, OH 44194

Date(s) debt was incurred  __10/1/24__

Last 4 digits of account number  __N/A__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Machinery Repair**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,369,659.59 |
|---|---|---|---|

**Moderno Porcelain Works, LLC**
P.O. Box 25169
Houston, TX 77265

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Moderno Porcelain Tampa, LLC**
Name

Case number (if known) **8:25-bk-08025-RCT**

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,646.42 |

**Mold Restoration Pro**
4902 SW 141st Ave.
Mirimar, FL 33029

Date(s) debt was incurred **July 2024 (various)**

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,651.25 |

**Norberg Electric & Mech.**
1589 Highpoint Dr.
Elgin, IL 60123

Date(s) debt was incurred **6/1/23**

Last 4 digits of account number **6303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electrical Work**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.00 |

**Occupational Health Centers**
P.O. Box 82549
Hapeville, GA 30354-0549

Date(s) debt was incurred **3/1/24**

Last 4 digits of account number **8439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Urgent Care**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,151.83 |

**Peace River Cooperative, Inc**
P.O. Box 1547
Wauchula, FL 33873-1547

Date(s) debt was incurred **10/16/2025**

Last 4 digits of account number **5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |

**Seneca Construction Svcs Inc**
440 Park Cir So
Saint Petersburg, FL 33707

Date(s) debt was incurred **7/24/24**

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,640.00 |

**The Rock Sale Corp.**
1215 Benedict Ct.
ATTN: Ygo Moschen
Sarasota, FL 34237

Date(s) debt was incurred **Oct. 2025 Various**

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

**Transportation & Log. Srvs.**
1855 Data Drive
Suite 170
Birmingham, AL 35244

Date(s) debt was incurred **2/4/25**

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Moderno Porcelain Tampa, LLC** | Case number (if known) | **8:25-bk-08025-RCT** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184.78 |
|---|---|---|---|

**WellsFargo Financial Leasin**
P.O. Box 77096
Minneapolis, MN 55480-7796

Date(s) debt was incurred **10/17/2025**

Last 4 digits of account number **4810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Equipment**

Is the claim subject to offset? ■ No  ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Andrew W. Rosin, Esq. Law Office of Andrew Rosin 1966 Hillview Street Sarasota, FL 34239 | Line **3.1** <br> ☐ Not listed. Explain ____ | — |
| 4.2 | Leviton Law Firm, Ltd. One Pierce Place Suite 725W Itasca, IL 60143 | Line **3.10** <br> ☐ Not listed. Explain ____ | — |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 5,302.38 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,583,000.62 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. $ | 2,588,303.00 |

**Fill in this information to identify the case:**

Debtor name    **Moderno Porcelain Tampa, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:25-bk-08025-RCT**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Building Lease** | |
| | State the term remaining | **44 months (06/30/2029)** | **Alprop-I, LLC** |
| | List the contract number of any government contract | | **7978 Cooper Creek Bouelvard** **Bradenton, FL 34210** |

**Fill in this information to identify the case:**

Debtor name     **Moderno Porcelain Tampa, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:25-bk-08025-RCT**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                  Column 2: **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

Official Form 206H                          Schedule H: Your Codebtors                          Page 1 of 1

**Inventory Valuation**

Moderno Porcelain Tampa LLC

Quantities and Values As Of 09/30/25

Item: Type: Inventory, Location Filter: *HUB*

| No. | Description | Base Unit of Measure | Costing Method | Remaining Quantity | Unit Cost | Inventory Value |
|---|---|---|---|---|---|---|
| 100238169 | Glem White 6mm Polished 59" x | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 1.00 | 650.44 | 650.44 |
| **100238169** | Glem White 6mm Polished 59" x | SLAB | FIFO | **1.00** | **650.44** | **650.44** |
| 100333360 | Bianco Statuario 6mm Honed | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 1.00 | 333.43 | 333.43 |
| **100333360** | Bianco Statuario 6mm Honed | SLAB | FIFO | **1.00** | **333.43** | **333.43** |
| 100333364 | Bianco Statuario 6mm Polished | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 2.00 | 427.77 | 855.54 |
| **100333364** | Bianco Statuario 6mm Polished | SLAB | FIFO | **2.00** | **427.77** | **855.54** |
| 100333368 | Bianco Statuario 6mm Polished | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 1.00 | 427.77 | 427.77 |
| **100333368** | Bianco Statuario 6mm Polished | SLAB | FIFO | **1.00** | **427.77** | **427.77** |
| 100333369 | Bianco Statuario 6mm Polished | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 3.00 | 427.70 | 1,283.11 |
| **100333369** | Bianco Statuario 6mm Polished | SLAB | FIFO | **3.00** | **427.70** | **1,283.11** |
| 100333371 | Bianco Statuario 6mm Polished | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 2.00 | 427.67 | 855.34 |
| **100333371** | Bianco Statuario 6mm Polished | SLAB | FIFO | **2.00** | **427.67** | **855.34** |
| 100333373 | White Classico 6mm Honed 63x126 | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 1.00 | 333.51 | 333.51 |
| **100333373** | White Classico 6mm Honed 63x126 | SLAB | FIFO | **1.00** | **333.51** | **333.51** |
| 100333374 | White Classico 6mm Honed 63x126 | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 1.00 | 333.51 | 333.51 |
| **100333374** | White Classico 6mm Honed 63x126 | SLAB | FIFO | **1.00** | **333.51** | **333.51** |
| 100333376 | White Classico 6mm Polished | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 1.00 | 427.77 | 427.77 |
| **100333376** | White Classico 6mm Polished | SLAB | FIFO | **1.00** | **427.77** | **427.77** |
| 100333378 | White Classico 6mm Polished | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 1.00 | 427.67 | 427.67 |
| **100333378** | White Classico 6mm Polished | SLAB | FIFO | **1.00** | **427.67** | **427.67** |
| 100333398 | Section Slab 00 White Classico | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 5.00 | 106.95 | 534.75 |
| **100333398** | Section Slab 00 White Classico | SLAB | FIFO | **5.00** | **106.95** | **534.75** |
| 100333399 | Calacatta Oro 6mm Honed 63x126 | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 1.00 | 333.51 | 333.51 |
| **100333399** | Calacatta Oro 6mm Honed 63x126 | SLAB | FIFO | **1.00** | **333.51** | **333.51** |
| 100333416 | Section Slab 00 Calacatta Oro | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 3.00 | 71.30 | 213.90 |
| **100333416** | Section Slab 00 Calacatta Oro | SLAB | FIFO | **3.00** | **71.30** | **213.90** |
| 100333433 | Section Slab 00 Fior Di Bosco | SLAB | FIFO | | | |
| | Location **TAMPA-HUB(Tampa HUB)** | | | 2.00 | 38.94 | 77.87 |
| **100333433** | Section Slab 00 Fior Di Bosco | SLAB | FIFO | **2.00** | **38.94** | **77.87** |

**Inventory Valuation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 100333444 | White Calla 6mm Honed 63x126 | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 333.51 | 333.51 |
| **100333444** | White Calla 6mm Honed 63x126 | SLAB | FIFO | **1.00** | **333.51** | **333.51** |
| 100333445 | White Calla 6mm Honed 63x126 | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 333.51 | 333.51 |
| **100333445** | White Calla 6mm Honed 63x126 | SLAB | FIFO | **1.00** | **333.51** | **333.51** |
| 100333460 | Section Slab 00 White Calla Honed | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 2.00 | 83.38 | 166.76 |
| **100333460** | Section Slab 00 White Calla Honed | SLAB | FIFO | **2.00** | **83.38** | **166.76** |
| 100333461 | Section Slab 00 White Calla | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 106.95 | 106.95 |
| **100333461** | Section Slab 00 White Calla | SLAB | FIFO | **1.00** | **106.95** | **106.95** |
| 100333492 | Calacatta Viola 6mm Polished | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 2.00 | 427.77 | 855.54 |
| **100333492** | Calacatta Viola 6mm Polished | SLAB | FIFO | **2.00** | **427.77** | **855.54** |
| 100333505 | Section Slab 00 Calacatta Viola | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 2.00 | 83.38 | 166.76 |
| **100333505** | Section Slab 00 Calacatta Viola | SLAB | FIFO | **2.00** | **83.38** | **166.76** |
| 100333506 | Section Slab 00 Calacatta Viola | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 3.00 | 106.95 | 320.85 |
| **100333506** | Section Slab 00 Calacatta Viola | SLAB | FIFO | **3.00** | **106.95** | **320.85** |
| 100333507 | Onyx White 6mm Polished 63x126 | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 5.00 | 427.77 | 2,138.85 |
| **100333507** | Onyx White 6mm Polished 63x126 | SLAB | FIFO | **5.00** | **427.77** | **2,138.85** |
| 100333508 | Onyx White 6mm Polished 63x126 | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 2.00 | 427.77 | 855.54 |
| **100333508** | Onyx White 6mm Polished 63x126 | SLAB | FIFO | **2.00** | **427.77** | **855.54** |
| 100333527 | Jade 6mm Polished 63x126 Xtone-M | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 427.77 | 427.77 |
| **100333527** | Jade 6mm Polished 63x126 Xtone-M | SLAB | FIFO | **1.00** | **427.77** | **427.77** |
| 100333541 | Section Slab 00 Jade  Honed | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 83.38 | 83.38 |
| **100333541** | Section Slab 00 Jade  Honed | SLAB | FIFO | **1.00** | **83.38** | **83.38** |
| 100333543 | Noir St. Laurent 6mm Polished | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 457.54 | 457.54 |
| **100333543** | Noir St. Laurent 6mm Polished | SLAB | FIFO | **1.00** | **457.54** | **457.54** |
| 100333544 | Noir St. Laurent 6mm Polished | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 457.54 | 457.54 |
| **100333544** | Noir St. Laurent 6mm Polished | SLAB | FIFO | **1.00** | **457.54** | **457.54** |
| 100333561 | Marquina 6mm Honed 63x126 | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 355.56 | 355.56 |
| **100333561** | Marquina 6mm Honed 63x126 | SLAB | FIFO | **1.00** | **355.56** | **355.56** |
| 100333578 | Section Slab 00 Marquina  Polished | SLAB | FIFO | | | |
| Location **TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 114.39 | 114.39 |
| **100333578** | Section Slab 00 Marquina  Polished | SLAB | FIFO | **1.00** | **114.39** | **114.39** |

**Inventory Valuation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 100333595 | Section Slab 00 Pietra Grey Honed | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 3.00 | 83.38 | 250.14 |
| **100333595** | Section Slab 00 Pietra Grey Honed | SLAB | FIFO | **3.00** | **83.38** | **250.14** |
| 100333596 | Section Slab 00 Pietra Grey | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 4.00 | 106.95 | 427.80 |
| **100333596** | Section Slab 00 Pietra Grey | SLAB | FIFO | **4.00** | **106.95** | **427.80** |
| 100333598 | Travertino 6mm Honed 63x126 | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 418.36 | 418.36 |
| **100333598** | Travertino 6mm Honed 63x126 | SLAB | FIFO | **1.00** | **418.36** | **418.36** |
| 100333606 | White 6mm Polished 63x126 Xtone- | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 2.00 | 427.67 | 855.34 |
| **100333606** | White 6mm Polished 63x126 Xtone- | SLAB | FIFO | **2.00** | **427.67** | **855.34** |
| 100334777 | Barbie Slab 0B White Classico | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 2.00 | 41.69 | 83.38 |
| **100334777** | Barbie Slab 0B White Classico | SLAB | FIFO | **2.00** | **41.69** | **83.38** |
| 100334778 | Barbie Slab 0B White Classico | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 106.95 | 106.95 |
| **100334778** | Barbie Slab 0B White Classico | SLAB | FIFO | **1.00** | **106.95** | **106.95** |
| 100334779 | Barbie Slab 0B Calacatta Oro Honed | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 0.00 | 0.00 |
| **100334779** | Barbie Slab 0B Calacatta Oro Honed | SLAB | FIFO | **1.00** | **0.00** | **0.00** |
| 100334800 | Barbie Slab 0B Calacatta Oro | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 2.00 | 0.00 | 0.00 |
| **100334800** | Barbie Slab 0B Calacatta Oro | SLAB | FIFO | **2.00** | **0.00** | **0.00** |
| 100334803 | Barbie Slab 0B White Calla Honed | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 83.38 | 83.38 |
| **100334803** | Barbie Slab 0B White Calla Honed | SLAB | FIFO | **1.00** | **83.38** | **83.38** |
| 100334806 | Barbie Slab 0B Calacatta Viola | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 0.00 | 0.00 |
| **100334806** | Barbie Slab 0B Calacatta Viola | SLAB | FIFO | **1.00** | **0.00** | **0.00** |
| 100334807 | Barbie Slab 0B Calacatta Viola | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 0.00 | 0.00 |
| **100334807** | Barbie Slab 0B Calacatta Viola | SLAB | FIFO | **1.00** | **0.00** | **0.00** |
| 100334808 | Barbie Slab 0B Onyx White Polished | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 0.00 | 0.00 |
| **100334808** | Barbie Slab 0B Onyx White Polished | SLAB | FIFO | **1.00** | **0.00** | **0.00** |
| 100334810 | Barbie Slab 0B Jade Honed 63x126 | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 2.00 | 41.69 | 83.38 |
| **100334810** | Barbie Slab 0B Jade Honed 63x126 | SLAB | FIFO | **2.00** | **41.69** | **83.38** |
| 100334812 | Barbie Slab 0B Noir St. Laurent | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 1.00 | 0.00 | 0.00 |
| **100334812** | Barbie Slab 0B Noir St. Laurent | SLAB | FIFO | **1.00** | **0.00** | **0.00** |
| 100334813 | Barbie Slab 0B Sahara Grey Honed | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | | 2.00 | 0.00 | 0.00 |
| **100334813** | Barbie Slab 0B Sahara Grey Honed | SLAB | FIFO | **2.00** | **0.00** | **0.00** |
| 100334814 | Barbie Slab 0B Marquina Honed | SLAB | FIFO | | | |

**Inventory Valuation**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Location TAMPA-HUB(Tampa HUB) | | | 1.00 | 0.00 | 0.00 |
| 100334814 | Barbie Slab 0B Marquina Honed | SLAB | FIFO | 1.00 | 0.00 | 0.00 |
| 100334815 | Barbie Slab 0B Marquina Polished | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 2.00 | 0.00 | 0.00 |
| 100334815 | Barbie Slab 0B Marquina Polished | SLAB | FIFO | 2.00 | 0.00 | 0.00 |
| 100334816 | Barbie Slab 0B Pietra Grey Honed | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 2.00 | 0.00 | 0.00 |
| 100334816 | Barbie Slab 0B Pietra Grey Honed | SLAB | FIFO | 2.00 | 0.00 | 0.00 |
| 100334817 | Barbie Slab 0B Pietra Grey Polished | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 2.00 | 0.00 | 0.00 |
| 100334817 | Barbie Slab 0B Pietra Grey Polished | SLAB | FIFO | 2.00 | 0.00 | 0.00 |
| 100335375 | Barbie To Scale Bianco Statuario | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 1.00 | 0.00 | 0.00 |
| 100335375 | Barbie To Scale Bianco Statuario | SLAB | FIFO | 1.00 | 0.00 | 0.00 |
| 100335376 | Barbie Slab 0B Bianco Statuario | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 2.00 | 0.00 | 0.00 |
| 100335376 | Barbie Slab 0B Bianco Statuario | SLAB | FIFO | 2.00 | 0.00 | 0.00 |
| 100335398 | Barbie To Scale Bianco Statuario | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 1.00 | 0.00 | 0.00 |
| 100335398 | Barbie To Scale Bianco Statuario | SLAB | FIFO | 1.00 | 0.00 | 0.00 |
| 100335399 | Barbie Slab 0C Bianco Statuario | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 1.00 | 0.00 | 0.00 |
| 100335399 | Barbie Slab 0C Bianco Statuario | SLAB | FIFO | 1.00 | 0.00 | 0.00 |
| 10096 | Statuario Vena Face B Honed | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 7.00 | 82.26 | 575.82 |
| 10096 | Statuario Vena Face B Honed | SLAB | FIFO | 7.00 | 82.26 | 575.82 |
| ABGZ | L. Grey Stone 6mm Honed 63x126 | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 12.00 | 214.59 | 2,575.08 |
| ABGZ | L. Grey Stone 6mm Honed 63x126 | SLAB | FIFO | 12.00 | 214.59 | 2,575.08 |
| A-FRAME - | Metal A-Frame | EA | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 13.00 | 507.85 | 6,602.00 |
| A-FRAME - | Metal A-Frame | EA | FIFO | 13.00 | 507.85 | 6,602.00 |
| CALACATTA | 59x118 Calcatta Gold Silk 6mm | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 1.00 | 1,095.00 | 1,095.00 |
| CALACATTA | 59x118 Calcatta Gold Silk 6mm | SLAB | FIFO | 1.00 | 1,095.00 | 1,095.00 |
| CINDER | CORIAN ENDURA CINDER | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 2.00 | 698.83 | 1,397.65 |
| CINDER | CORIAN ENDURA CINDER | SLAB | FIFO | 2.00 | 698.83 | 1,397.65 |
| CM84641276S | OPAL TRAVERTINE MATTE | SLAB | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 1.00 | 893.65 | 893.65 |
| CM84641276S | OPAL TRAVERTINE MATTE | SLAB | FIFO | 1.00 | 893.65 | 893.65 |
| KHU200 | 33" x 18" Drop-in | EA | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 32.00 | 173.33 | 5,546.56 |
| KHU200 | 33" x 18" Drop-in | EA | FIFO | 32.00 | 173.33 | 5,546.56 |
| KHU201 | 23" x 18" Drop In | EA | FIFO | | | |
| | Location TAMPA-HUB(Tampa HUB) | | | 33.00 | 152.22 | 5,023.26 |

**Inventory Valuation**

| Item | Description | Unit | Method | Qty | Cost | Value |
|---|---|---|---|---|---|---|
| **KHU201** | 23" x 18" Drop In | EA | FIFO | **33.00** | **152.22** | **5,023.26** |
| PET 100 | Pet 100 25MMx48"x96" | PCS | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 24.00 | 72.48 | 1,739.51 |
| **PET 100** | Pet 100 25MMx48"x96" | PCS | FIFO | **24.00** | **72.48** | **1,739.51** |
| PET 135 | Foam Board 48x96 3/8" | PCS | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 20.00 | 77.68 | 1,553.60 |
| **PET 135** | Foam Board 48x96 3/8" | PCS | FIFO | **20.00** | **77.68** | **1,553.60** |
| PRE FAB | Pre Fabricated Porcelain (Serialized) | EA | Specific | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 57.00 | 451.33 | 25,725.63 |
| **PRE FAB** | Pre Fabricated Porcelain (Serialized) | EA | Specific | **57.00** | **451.33** | **25,725.63** |
| STPPLACAL6 | Calacatta Pol Book Match A 60x120 | SLAB | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 1.00 | 83.66 | 83.66 |
| **STPPLACAL6** | Calacatta Pol Book Match A 60x120 | SLAB | FIFO | **1.00** | **83.66** | **83.66** |
| STPPLACAL6 | Calacatta Pol Book Match B 60x120 | SLAB | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 1.00 | 83.19 | 83.19 |
| **STPPLACAL6** | Calacatta Pol Book Match B 60x120 | SLAB | FIFO | **1.00** | **83.19** | **83.19** |
| STPPLACOPP | Copper Chrome Pol 60x120 | SLAB | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 12.00 | 82.26 | 987.12 |
| **STPPLACOP** | Copper Chrome Pol 60x120 | SLAB | FIFO | **12.00** | **82.26** | **987.12** |
| TZ R340 | Olso 15 3/8" x 17 3/4" x 9" | EA | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 14.00 | 177.51 | 2,485.14 |
| **TZ R340** | Olso 15 3/8" x 17 3/4" x 9" | EA | FIFO | **14.00** | **177.51** | **2,485.14** |
| TZ R550 | Amsterdam 23 1/2" x 15 1/2" x 9" | EA | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 16.00 | 210.51 | 3,368.16 |
| **TZ R550** | Amsterdam 23 1/2" x 15 1/2" x 9" | EA | FIFO | **16.00** | **210.51** | **3,368.16** |
| TZ R746 | TZ RS 760 LECCE 16-1/8 x 30-1/8 | EA | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 34.00 | 287.51 | 9,775.34 |
| **TZ R746** | TZ RS 760 LECCE 16-1/8 x 30-1/8 | EA | FIFO | **34.00** | **287.51** | **9,775.34** |
| UM6S300498- | 120"X60" GRIS DE SAVOIE Soft | SLAB | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 6.00 | 301.73 | 1,810.38 |
| **UM6S300498-** | 120"X60" GRIS DE SAVOIE Soft | SLAB | FIFO | **6.00** | **301.73** | **1,810.38** |
| US6G6126R1 | Bianco Carrara 6mm Honed 60x126 | SLAB | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 14.00 | 266.56 | 3,731.90 |
| **US6G6126R1** | Bianco Carrara 6mm Honed 60x126 | SLAB | FIFO | **14.00** | **266.56** | **3,731.90** |
| US6G6126R1 | Calacatta Oro 6mm Honed 60x126 | SLAB | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 41.00 | 246.44 | 10,104.17 |
| **US6G6126R1** | Calacatta Oro 6mm Honed 60x126 | SLAB | FIFO | **41.00** | **246.44** | **10,104.17** |
| US6G6126R2 | Bianco Statuario 6mm Honed | SLAB | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 20.00 | 215.85 | 4,317.01 |
| **US6G6126R2** | Bianco Statuario 6mm Honed | SLAB | FIFO | **20.00** | **215.85** | **4,317.01** |
| US6G6126R2 | Pure White/Pure Ice 6mm Honed | SLAB | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 6.00 | 208.15 | 1,248.90 |
| **US6G6126R2** | Pure White/Pure Ice 6mm Honed | SLAB | FIFO | **6.00** | **208.15** | **1,248.90** |
| US6P6126R17 | Bardiglietto 6mm Polished 60x126 | SLAB | FIFO | | | |
| Location TAMPA-HUB(Tampa HUB) | | | | 35.00 | 263.15 | 9,210.20 |
| **US6P6126R17** | Bardiglietto 6mm Polished 60x126 | SLAB | FIFO | **35.00** | **263.15** | **9,210.20** |

**Inventory Valuation**

| | | | | | |
|---|---|---|---|---|---|
| US6P6126R19  Bianco Carrara 6mm Polished | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | 4.00 | 248.23 | 992.92 |
| **US6P6126R19**  Bianco Carrara 6mm Polished | SLAB | FIFO | **4.00** | **248.23** | **992.92** |
| US6P6126R25  Arabescato 6mm Polished 60x126 | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | 1.00 | 342.37 | 342.37 |
| **US6P6126R25**  Arabescato 6mm Polished 60x126 | SLAB | FIFO | **1.00** | **342.37** | **342.37** |
| US6P6126R26  Pietra Grey 6mm Polished 60x126 | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | 9.00 | 287.38 | 2,586.42 |
| **US6P6126R26**  Pietra Grey 6mm Polished 60x126 | SLAB | FIFO | **9.00** | **287.38** | **2,586.42** |
| US6P6126R26  Taj Mahal 6mm Polished 60x126 | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | 2.00 | 294.88 | 589.76 |
| **US6P6126R26**  Taj Mahal 6mm Polished 60x126 | SLAB | FIFO | **2.00** | **294.88** | **589.76** |
| USP12060118  NAPOLEON VENA POL 6MM | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | 4.00 | 268.68 | 1,074.72 |
| **USP12060118**  NAPOLEON VENA POL 6MM | SLAB | FIFO | **4.00** | **268.68** | **1,074.72** |
| USSP1206009  Calacatta VENA CLASSICO P | SLAB | FIFO | | | |
| **Location TAMPA-HUB(Tampa HUB)** | | | 34.00 | 242.50 | 8,245.00 |
| **USSP1206009**  Calacatta VENA CLASSICO P | SLAB | FIFO | **34.00** | **242.50** | **8,245.00** |

**Total Inventory Value**                                                        **130,335.42**

**Inventory Valuation**

**Total Inventory Value**                                                45,775.78