EXHIBIT C

| Posting Date | Actual Posting Date | Document Type | Document No. | G/L Account No. | Description | Amount ($) | External Document No. |
|---|---|---|---|---|---|---|---|
| 10/29/2025 | 10/29/2025 | | CR-100299 | 10145 | Michael Dogali | 2,232.82 | PSI-1585 |

EXHIBIT D

| Posting Date | Document Type | Document No. | G/L Account No. | Description | Amount ($) | Purpose |
|---|---|---|---|---|---|---|
| 10/31/2025 | Payment | PMT-00660 | 10145 | Tax Payments: Company > SPA | -368.48 | Payroll for DJ Money (Salesperson) |
| 10/31/2025 | Payment | PMT-00659 | 10145 | Direct Deposit Funds: Company > SPA | -2,224.17 | Payroll for DJ Money (Salesperson) |
| 10/31/2025 | Payment | PMT-00658 | 10145 | Invoice | -22.38 | Payroll for DJ Money (Salesperson) |

EXHIBIT E

| Legal Entity | Vendor Name | Amount | Invoice No. | Invoice Date | Due Date | Purpose |
|---|---|---|---|---|---|---|
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 21.97 | PSI-8462 | 10/31/2025 | 11/30/2025 | Rebill of Worker's Compensation Premium |
| Moderno Porcelain Tampa, LLC | WEX | 1,141.57 | 108345753 | 10/31/2025 | 11/21/2025 | Shell Fuel Card |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 217.00 | PSI-8439 | 10/31/2025 | 11/30/2025 | Rebill Microsoft (5 users) |

1,380.54

**11/21/2025**
**Moderno Tampa**
**Accounts Receivable Aging**

| GEORGE NAYNA | Invoice No. | Ext. Document No. | Posting Date | Original Amt. | Remaining Amt. | Due Date |
|---|---|---|---|---|---|---|
| Invoice | PSI-1387 | NAYNA_GUEST BATH_SO1281-1 | 6/4/2024 | $ 7,596.00 | $ 7,596.00 | 7/4/2024 |
| Invoice | PSI-1434 | NAYNA_748 CATTAIL_POOL BATH_SO1281 | 6/28/2024 | $ 6,182.00 | $ 6,182.00 | 7/28/2024 |
| | | | | GEORGE NAYNA | $ 13,778.00 | |

| Perry Home Builders | Invoice No. | Ext. Document No. | Posting Date | Original Amt. | Remaining Amt. | Due Date |
|---|---|---|---|---|---|---|
| Invoice | PSI-1583 | PERRY HOMES MODEL HOME | 10/29/2025 | $ 6,728.40 | $ 6,728.40 | 11/28/2025 |
| | | | | Perry Home Builders | $ 6,728.40 | |

| | | |
|---|---|---|
| **TOTAL** | **$** | **20,506.40** |

$ 20,506.40



12750 Merit Drive Ste 1300
Dallas, TX 75251

www.veritexbank.com
833-VERITEX (833-837-4839)

3951
VERITEX BANK AS ESCROW AGENT FOR
MODERNO PORCELAIN TAMPA LLC
PO BOX 25169
HOUSTON TX 77265-5169

| | |
|---|---|
| Date 10/31/25 | Page 1 |

Account Title: VERITEX BANK AS ESCROW AGENT FOR
MODERNO PORCELAIN TAMPA LLC

Veritex Community Bank is now part of The Huntington National Bank
Find our Privacy Notice on our website under About Us at veritexbank.com.

| Commercial Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX3834 | Statement Dates 10/01/25 thru 11/02/25 | |
| Previous Balance | 60.00 | Days in the statement period | 33 |
| Deposits/Credits | .00 | Average Ledger | 60.00 |
| Checks/Debits | .00 | Average Collected | 60.00 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 60.00 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Item Fees | $.00 | $.00 |
| Total Return Item Fees | $.00 | $.00 |

## Daily Balance Information

| Date | Balance |
|---|---|
| 10/01 | 60.00 |



**FOR CONSUMER ACCOUNTS ONLY:**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS LISTED BELOW OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Veritex Community Bank | 12750 Merit Drive, Suite 1300, Dallas, Texas 75251 | 833-VERITEX (833-837-4839)**

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

BANK BALANCE SHOWN ON THIS STATEMENT   $ _____

ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT   _____

**TOTAL**   _____

SUBTRACT - (IF ANY) CHECKS OUTSTANDING   _____

BALANCE  $ _____

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

**CHECKS OUTSTANDING**

| NO. | AMOUNT | |
|---|---|---|
| | | |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK**

CHECKBOOK BALANCE AT STATEMENT DATE   $ _____

SUBTRACT - (IF ANY) ACTIVITY CHARGE   _____

**SUB-TOTAL**   _____

SUBTRACT - (IF ANY) OTHER BANK CHARGES   _____

BALANCE  $ _____

SHOULD AGREE WITH YOUR STATEMENT BALANCE

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness". If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). This loss could be not only with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

## TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment. All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.
The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Account will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

# Bank Account Statement

Moderno Porcelain Tampa LLC

Bank Account Statement: Bank Account No.: VERA-5755, Statement No.: 5

Currency Code

| | | | |
|---|---|---|---|
| **Statement Date** | 10/31/25 | **Statement Balance** | 1,512.15 |
| **Balance Last Statement** | 2,755.83 | **Outstanding Bank Transactions** | 0.00 |
| **Statement Ending Balance** | 1,512.15 | **Subtotal** | 1,512.15 |
| | | **Outstanding Checks** | 0.00 |
| **G/L Balance at 10/31/25** | 1,512.15 | **Bank Account Balance** | 1,512.15 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| **Statement No.** | **5** | | | | | | |
| 10/02/25 | Bank Account Ledger Entry | PMT-00645 | Porcelanosa USA | | 1 | -1,063.70 | -1,063.70 |
| 10/09/25 | Bank Account Ledger Entry | PMT-00646 | Charter Communications | | 1 | -179.98 | -179.98 |
| | | | | | **Total** | **-1,243.68** | **-1,243.68** |

# VERABANK

VeraBank, N.A.
P.O. Box 1009
Henderson, TX  75653-1009

00018900 TC02445S110125033913 01 000000000 0002306 002

MODERNO PORCELAIN TAMPA, LLC
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

| | |
|---|---|
| Account Number | 5755 |
| Statement Date | 10/31/2025 |
| Statement Thru Date | 11/02/2025 |
| Checks/Items Enclosed | 0 |
| Page | 1 |

## Customer Service Information

☎ **Customer Service:**
(877) 566-2621 or (903) 657-8521

◈ **Email Us At:**
contactus@verabank.com

🖱 **Visit Us Online:**
www.verabank.com

---

## ANALYSIS CHECKING                                Account Number: **5755**

**Account Owner(s):   MODERNO PORCELAIN TAMPA, LLC**

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/2025** | **$2,755.83** |
| + Deposits and Credits  (1) | $2,232.82 |
| - Withdrawals and Debits  (3) | $3,476.50 |
| **Ending Balance as of 10/31/2025** | **$1,512.15** |
| Service Charges for Period | $0.00 |

## CREDITS

| Date | Description | Deposits |
|---|---|---|
| Oct 29 | FROM: 4352 SO 1155 DOGALI | 2,232.82 |

## NON CHECK DEBITS

| Date | Description | Withdrawals |
|---|---|---|
| Oct 02 | TO: 6761 ACH PAYMENTS TRACKING ID:425897 5 | 1,063.70 |
| Oct 09 | SPECTRUM/SPECTRUM | 179.98 |
| Oct 29 | TO: 6332 SO 1155 DOGALI | 2,232.82 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Oct 02 | 1,692.13 | Oct 09 | 1,512.15 | Oct 29 | 1,512.15 |



**Complete this Section to Balance this Statement to your Transaction Register**

Month _____ 20 _____

**Bank Balance**
Shown on statement                              $ _____

**Add (+)**
Deposits not shown
on this statement (if any)                      $ _____

_____

_____

**Total**                              $ (+) _____

**Subtract (-)**
Checks and other items outstanding
but not paid on this statement (if any)

| | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Total**                              $ (-) _____

**Balance**                              $ _____

These balances should agree



**Your Transaction Register Balance**                              $ _____

**Add (+)**
Other credits shown on
this statement but not in
transaction register                              $ _____

_____

_____

**Add (+)**
Interest paid (for use in balancing
interest-bearing accounts only).                              $ _____

**Total**                              $ (+) _____

**Subtract (-)**
Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |
| | |

**Total**                              $ (-) _____

**Balance**                              $ _____



---

In Case of Errors or Questions About Your Electronic Transfers

Telephone us at 877-566-2621 or write us at VeraBank, N.A., P.O. Box 1009, Henderson, TX 75653-1009, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



# **VERA**BANK

VeraBank, N.A.
P.O. Box 1009
Henderson, TX  75653-1009

00012934 TC02445S110125033913 01 000000000 0000000 004

MODERNO PORCELAIN TAMPA, LLC
LOCAL ACCOUNT
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

| | |
|---|---|
| Account Number | 6332 |
| Statement Date | 10/31/2025 |
| Statement Thru Date | 11/02/2025 |
| Checks/Items Enclosed | 2 |
| Page | 1 |



### **Customer Service Information**

📷 **Customer Service:**
(877) 566-2621 or (903) 657-8521

✉ **Email Us At:**
contactus@verabank.com

🖱 **Visit Us Online:**
www.verabank.com

---

## ANALYSIS CHECKING                                  Account Number:    6332

**Account Owner(s):    MODERNO PORCELAIN TAMPA, LLC**

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/2025** | **$7,848.51** |
|   + Deposits and Credits  (5) | $22,418.93 |
|   - Withdrawals and Debits  (16) | $21,266.48 |
| **Ending Balance as of 10/31/2025** | **$9,000.96** |
| Service Charges for Period | $14.10 |

## CREDITS

| Date | Description | Deposits |
|---|---|---|
| Oct 14 | MOBILE DEPOSIT | 5,174.68 |
| Oct 14 | FROM: 4352 MARQUEZ DEPOSIT | 3,365.87 |
| Oct 17 | 10/15 ACH RTN UNABLE TO LOCATE ACCT | 3,351.68 |
| Oct 27 | MOBILE DEPOSIT | 8,293.88 |
| Oct 29 | FROM: 5755 SO 1155 DOGALI | 2,232.82 |

## NON CHECK DEBITS

| Date | Description | Withdrawals |
|---|---|---|
| Oct 03 | CBIZ767AJMODERNO/DIRDEPXFER MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 2,030.33 |
| Oct 03 | CBIZ767AJMODERNO/TAXES MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 336.36 |
| Oct 07 | PEACE RIVER ELEC/BANK DRAFT 0205085002 MODERNO PORCELAIN TAMP | 1,009.70 |
| Oct 07 | PEACE RIVER ELEC/BANK DRAFT 0205085001 MODERNO PORCELAIN TAMP | 78.43 |
| Oct 14 | TO: 6761 ACH PAYMENTS TRACKING ID:430683 2 | 3,351.68 |
| Oct 15 | CBIZ767AJMODERNO/DIRDEPXFER MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 2,774.16 |
| Oct 15 | CBIZ767AJMODERNO/TAXES MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 368.50 |
| Oct 15 | WELLS FARGO FINA/LOAN LEASE 000000018973684 MODERNO PORCELAIN TAMP | 184.78 |

**Complete this Section to Balance this Statement to your Transaction Register**

Month _____ 20 _____

**Bank Balance**
Shown on statement                    $ _____

**Add (+)**
Deposits not shown
on this statement (if any)            $ _____

_____

_____

**Total**                             $ _____ (+)

**Subtract (-)**
Checks and other items outstanding
but not paid on this statement (if any)

| | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Total**                             $ _____ (-)

**Balance**                           $ _____

These balances should agree

**Your Transaction Register Balance**              $ _____

**Add (+)**
Other credits shown on
this statement but not in
transaction register                  $ _____

_____

_____

**Add (+)**
Interest paid (for use in balancing
interest-bearing accounts only).      $ _____

**Total**                             $ _____ (+)

**Subtract (-)**
Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |
| | |

**Total**                             $ _____ (-)

**Balance**                           $ _____

---

In Case of Errors or Questions About Your Electronic Transfers

Telephone us at 877-566-2621 or write us at VeraBank, N.A., P.O. Box 1009, Henderson, TX 75653-1009, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.





## NON CHECK DEBITS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Oct 15 | CBIZ767AJMODERNO/INVOICE MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 68.76 |
| Oct 16 | TO: 6761 ACH PAYMENTS TRACKING ID:431876 8 | 3,351.68 |
| Oct 20 | ANALYSIS ACTIVITY | 14.10 |
| Oct 22 | WRIGHT EXPRESS/FLEET DEBI 9100014332662 MODERNO PORCELAIN TAMP | 69.37 |
| Oct 23 | TO: 6761 ACH PAYMENTS TRACKING ID:434905 9 | 5,013.60 |
| Oct 31 | CBIZ767AJMODERNO/DIRDEPXFER MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 2,224.17 |
| Oct 31 | CBIZ767AJMODERNO/TAXES MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 368.48 |
| Oct 31 | CBIZ767AJMODERNO/INVOICE MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 22.38 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Oct 03 | 5,481.82 | Oct 16 | 2,834.68 | Oct 23 | 1,089.29 |
| Oct 07 | 4,393.69 | Oct 17 | 6,186.36 | Oct 27 | 9,383.17 |
| Oct 14 | 9,582.56 | Oct 20 | 6,172.26 | Oct 29 | 11,615.99 |
| Oct 15 | 6,186.36 | Oct 22 | 6,102.89 | Oct 31 | 9,000.96 |





**CHECK IMAGES**                                                    **Account Number:        6332**

```
        Record Of Deposit

  Institution: VeraBank
  Date: 10/13/2025 12:32:08 PMPT
  Receipt Number: 528611792
  Deposit Account Number:        6332
  Total Transaction Amount: $5174.68
  Deposit Channel: Mobile
```
10/14/2025                                    5,174.68

```
        Record Of Deposit

  Institution: VeraBank
  Date: 10/27/2025 12:21:42 PMPT
  Receipt Number: 530015806
  Deposit Account Number:        6332
  Total Transaction Amount: $8293.88
  Deposit Channel: Mobile
```
10/27/2025                                    8,293.88



# Bank Account Statement

Moderno Porcelain Tampa LLC

Bank Account Statement: Bank Account No.: VERA-6332, Statement No.: 4

Currency Code

| | | | |
|---|---|---|---|
| **Statement Date** | 10/31/25 | **Statement Balance** | 9,000.96 |
| **Balance Last Statement** | 7,848.51 | **Outstanding Bank Transactions** | 0.00 |
| **Statement Ending Balance** | 9,000.96 | **Subtotal** | 9,000.96 |
| | | **Outstanding Checks** | 0.00 |
| **G/L Balance at 10/31/25** | 9,000.96 | **Bank Account Balance** | 9,000.96 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| **Statement No.** | **4** | | | | | | |
| 10/03/25 | Bank Account Ledger Entry | PMT-00647 | Direct Deposit Funds: Company > SPA | | 1 | -2,030.33 | -2,030.33 |
| 10/03/25 | Bank Account Ledger Entry | PMT-00648 | Tax Payments: Company > SPA | | 1 | -336.36 | -336.36 |
| 10/03/25 | Bank Account Ledger Entry | PMT-00649 | Peace River Cooperative, Inc. | | 1 | -1,088.13 | -1,088.13 |
| 10/14/25 | Bank Account Ledger Entry | CR-100297 | Marquez Scantling | | 1 | 3,365.87 | 3,365.87 |
| 10/14/25 | Bank Account Ledger Entry | PMT-00656 | Ygor Moschen | | 1 | -3,351.68 | -3,351.68 |
| 10/15/25 | Bank Account Ledger Entry | PMT-00650 | Invoice | | 1 | -68.76 | -68.76 |
| 10/15/25 | Bank Account Ledger Entry | PMT-00651 | Direct Deposit Funds: Company > SPA | | 1 | -2,774.16 | -2,774.16 |
| 10/15/25 | Bank Account Ledger Entry | PMT-00652 | Payroll Clearing Account | | 1 | -368.50 | -368.50 |
| 10/15/25 | Bank Account Ledger Entry | PMT-00655 | Wells Fargo Financial Leasing, Inc. | | 1 | -184.78 | -184.78 |
| 10/20/25 | Bank Account Ledger Entry | PMT-00653 | Bank/Service Charges | | 1 | -14.10 | -14.10 |
| 10/20/25 | Bank Account Ledger Entry | PMT-00657 | The Rock Sale Corp | | 1 | -5,013.60 | -5,013.60 |
| 10/22/25 | Bank Account Ledger Entry | CR-100296 | Toni Cueto | | 1 | 5,174.86 | 5,174.86 |
| 10/22/25 | Bank Account Ledger Entry | PMT-00654 | Wex Bank | | 1 | -69.37 | -69.37 |
| 10/24/25 | Bank Account Ledger Entry | PMT-00643 | Wex Bank | | 1 | -50.00 | -50.00 |
| 10/24/25 | Bank Account Ledger Entry | PMT-00643 | Wex Bank | | 1 | 50.00 | 50.00 |
| 10/29/25 | Bank Account Ledger Entry | CR-100298 | Perry Home Builders | | 1 | 8,293.88 | 8,293.88 |
| 10/29/25 | Bank Account Ledger Entry | CR-100299 | Michael Dogali | | 1 | 2,232.82 | 2,232.82 |
| 10/31/25 | Bank Account Ledger Entry | PMT-00658 | Invoice | | 1 | -22.38 | -22.38 |
| 10/31/25 | Bank Account Ledger Entry | PMT-00659 | Direct Deposit Funds: Company > SPA | | 1 | -2,224.17 | -2,224.17 |
| 10/31/25 | Bank Account Ledger Entry | PMT-00660 | Tax Payments: Company > SPA | | 1 | -368.48 | -368.48 |

# Bank Account Statement

Moderno Porcelain Tampa LLC

Friday, November 21, 2025
Page 2
REBECCA

Currency Code

| | | | |
|---|---|---|---|
| **Statement Date** | 10/31/25 | **Statement Balance** | 9,000.96 |
| **Balance Last Statement** | 7,848.51 | **Outstanding Bank Transactions** | 0.00 |
| **Statement Ending Balance** | 9,000.96 | **Subtotal** | 9,000.96 |
| | | **Outstanding Checks** | 0.00 |
| **G/L Balance at 10/31/25** | 9,000.96 | **Bank Account Balance** | 9,000.96 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| 10/31/25 | Bank Account Ledger Entry | GJ-00655 | Correct T. Cueto | | 1 | -0.18 | -0.18 |
| | | | | | **Total** | **1,152.45** | **1,152.45** |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**
NOT AUDITED                                             As of
                                                    **10/31/2025**


**ASSETS**
**Current Assets**

**Cash & Equivalents**

| | | |
|---|---|---:|
| Veritex-Tampa-(9657) | $ | - |
| Veritex-Tampa Escrow-3834 | $ | 60 |
| Veritex Local Acct 9938 | $ | - |
| Vera Operating | $ | 1,512 |
| Vera Operating-6332 | $ | 9,001 |
| Veritex Loan Reserve | $ | - |
| **Total Cash & Equivalents** | **$** | **10,573** |

**Trade Acct Receivable**

| | | |
|---|---|---:|
| AR - Trade | $ | 20,507 |
| **Total Trade AR** | **$** | **20,507** |

**Accts Receivable - Related**

| | | |
|---|---|---:|
| AR - Related | $ | - |
| **Total AR - Related** | **$** | **-** |

**AR - Intercompany**

| | | |
|---|---|---:|
| Interco AR | $ | 286,805 |
| IC AR-Moderno NASH | $ | - |
| **Total AR - Intercompany** | **$** | **286,805** |

**Other Receivables**

| | | |
|---|---|---:|
| | $ | - |
| **Total Other Receivables** | **$** | **-** |

**Inventory**

| | | |
|---|---|---:|
| Inventory - Consignment | $ | - |
| Porcelain Slabs Inventory | $ | 60,735 |
| Porcelain Blanks Inventory | $ | - |
| Purchased Fabricated Porcelain | $ | 25,726 |
| Samples Inventory | $ | - |
| Foam Board | $ | 1,819 |
| Other Inventory | $ | - |
| Sinks Inventory | $ | 26,198 |
| Inventory - A-frames,Tools,Parts & Sup | $ | 6,602 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | | As of |
| --- | --- | --- |
| | | **10/31/2025** |
| Work in Process | $ | - |
| **Total Inventory** | **$** | **121,080** |
| **Prepaid Expenses** | | |
| Prepaid Insurance | $ | (355) |
| Other Prepaid Expenses | $ | 1,873 |
| **Total Prepaid Expenses** | **$** | **1,518** |
| **Other Current Assets** | | |
| | $ | - |
| **Total Other Current Assets** | **$** | **-** |
| **Total Current Assets** | **$** | **440,483** |
| **LONG TERM ASSETS** | | |
| **PP&E** | | |
| Fixed Assets Not In Service | $ | - |
| **PP&E - Cost** | | |
| Building | $ | 435,390 |
| Lease Hold Improvements | $ | 23,686 |
| Machinery and Equipment | $ | 611,133 |
| Vehicles | $ | - |
| Furniture and Fixtures | $ | 101,414 |
| Computer Hardware | $ | 6,022 |
| **Total PP&E - Cost** | **$** | **1,177,645** |
| Accumulated Depreciation | $ | (270,394) |
| **Total PP&E, Net** | **$** | **907,251** |
| **Intangibles** | | |
| | $ | - |
| **Total Intangibles, net** | **$** | **-** |
| **Other Long Term Assets** | | |
| Deposits | $ | 66,807 |
| **Total Other Long Term Assets** | **$** | **66,807** |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | | As of 10/31/2025 |
|---|---|---|
| | | |
| **Total Investment in Subs** | $ | - |
| | | |
| **Total Long-Term Assets** | $ | 974,058 |
| | | |
| **TOTAL ASSETS** | $ | 1,414,541 |
| | | |
| **LIABILITIES** | | |
| **Current Liabilities** | | |
| | | |
| **Accounts Payable** | | |
| Accts Payable - Trade | $ | 195,563 |
| **Total Accounts Payable** | $ | 195,563 |
| | | |
| **Accts. Payable - Related** | | |
| Accts. Payable - Related | $ | 24,402 |
| Accts. Payable - Employee | $ | 4,770 |
| **Total Related AP** | $ | 29,172 |
| | | |
| **Accts Payable - Interco** | | |
| Accts. Payable - Interco | $ | 681,354 |
| IC AP-Mod Porcelain Works | $ | 1,845,339 |
| IC AP-Mod Orlando | $ | - |
| MOD Tampa | $ | - |
| IC AP - SIXMM | $ | 2,146 |
| IC AP- MSS | $ | 11,758 |
| **Total Intercompany AP** | $ | 2,540,598 |
| | | |
| **Accrued Expenses** | | |
| Accrued Payables | $ | 3,523 |
| Customer Deposits | $ | 67,614 |
| Interest Payable | $ | - |
| Deferred Revenue | $ | - |
| Accrued Payroll | $ | - |
| FSA/HSA Emp Ded | $ | 2 |
| Sales Taxes Payable | $ | 5,302 |
| Other Accrued Expenses | $ | 1,002 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**
**NOT AUDITED**

| | | As of 10/31/2025 |
|---|---|---|
| Clearing account-REBILLS ONLY | $ | - |
| Clearing Account | $ | 885 |
| Payroll Clearing Account | $ | - |
| **Total Accrued Expenses** | **$** | **78,328** |
| | | |
| **Short Term Debt** | | |
| Current Portion - LT Debt | $ | 55,306 |
| Current Portion - LT Cap Lease | $ | 15,663 |
| **Total Short Term Debt** | **$** | **70,969** |
| | | |
| **Total Current Liabilities** | **$** | **2,914,630** |
| | | |
| **Long Term Liabilities** | | |
| | | |
| **Capital Lease Obligations** | | |
| Capital Lease - ForkLift | $ | - |
| Capital Lease - Salem Quadro Lift & Glass Lifter | $ | - |
| LT Capital Lease Contra | $ | (15,663) |
| **Total Capital Lease Obligation** | **$** | **(15,663)** |
| | | |
| **LT Debt Trade** | | |
| Veritex Equipment Loan | $ | 22,402 |
| LT Debt Contra - Trade | $ | (55,306) |
| **Total LT Trade Debt** | **$** | **(32,905)** |
| | | |
| **LT Debt Related** | | |
| | $ | - |
| **Total LT Debt Related** | **$** | **-** |
| | | |
| | $ | - |
| **Total Long Term Liabilities** | **$** | **(48,567)** |
| | | |
| **TOTAL LIABILITIES** | **$** | **2,866,062** |
| | | |
| **EQUITY** | | |
| Contributions - Moderno Porcelain Works, LLC | $ | 5,624 |
| Contributions - Ciro Ojara | $ | 600,000 |
| Contributions - Israel Suarez | $ | 600,060 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | As of 10/31/2025 |
|---|---|
| Contributions - Sama Ghazi | $ 600,000 |
| Contributions - Adity Abrol | $ 600,000 |
| **Total Contributions** | **$ 2,405,684** |
| **Retained Earnings** | |
| Retained Earnings | $ (2,227,530) |
| Period Net Income | $ (1,629,676) |
| **Total Retained Earnings** | **$ (3,857,205)** |
| **TOTAL EQUITY** | **$ (1,451,521)** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 1,414,541** |