EXHIBIT C

| Posting Date | Document Type | Document No. | G/L Account No. | Description | Amount ($) | External Document No. |
|---|---|---|---|---|---|---|
| 11/21/2025 | | CR-100301 | 10145 | Perry Home Builders | 6,728.40 | |
| 11/21/2025 | | CR-100300 | 10145 | David Ferchau | 9,699.82 | |

EXHIBIT D

| Posting Date | Document Type | G/L Account No. | Description | Amount ($) | Purpose |
|---|---|---|---|---|---|
| 11/28/2025 | Payment | 10145 | Tax Payments: Company > SPA | -368.48 | Payroll for DJ Money (Salesperson) |
| 11/28/2025 | Payment | 10145 | Direct Deposit Funds: Company > SPA | -2,224.17 | Payroll for DJ Money (Salesperson) |
| 11/28/2025 | Payment | 10145 | Invoice | -22.38 | Payroll for DJ Money (Salesperson) |
| 11/26/2025 | Payment | 10145 | Enterprise Fleet Management | -21.35 | Fleet management |
| 11/21/2025 | Payment | 10145 | Luis Luz | -12,600.00 | Reimbursement for payment made to subcontractor |
| 11/21/2025 | Payment | 10145 | Charter Communications | -209.98 | Internet |
| 11/21/2025 | Payment | 10145 | Wex Bank | -1,091.57 | Fuel |
| 11/18/2025 | Payment | 10145 | Bank/Service Charges | -13.77 | Bank Service Fee |
| 11/14/2025 | Payment | 10145 | Tax Payments: Company > SPA | -2,274.16 | Payroll for DJ Money (Salesperson) |
| 11/14/2025 | Payment | 10145 | Direct Deposit Funds: Company > SPA | -368.50 | Payroll for DJ Money (Salesperson) |
| 11/14/2025 | Payment | 10145 | Invoice | -33.76 | Payroll for DJ Money (Salesperson) |
| 11/7/2025 | Payment | 10145 | Keith Prinzi | -4,650.00 | Sales Commission |
| 11/6/2025 | Payment | 10145 | Peace River Cooperative, Inc. | -1,088.62 | Electricity |
| 11/6/2025 | Payment | 10145 | Peace River Cooperative, Inc. | -63.21 | Electricity |

EXHIBIT E

| Legal Entity | Vendor Name | Amount | Invoice No. | Invoice Date | Due Date | Purpose |
|---|---|---|---|---|---|---|
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 14.05 | PSI-8558 | 11/30/2025 | 12/30/2025 | Software Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Orlando, LLC | 2,739.96 | PSI-2311 | 11/27/2025 | 12/27/2025 | Slab sale |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 31.51 | AMEXRB:110925Tannp | 11/21/2025 | 12/21/2025 | Fed Ex Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 235.94 | PSI-8536 | 11/18/2025 | 12/18/2025 | Software Rebill |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 69.61 | RBDocuware 11.25TAM | 11/14/2025 | 12/14/2025 | Software Rebill |
| Moderno Porcelain Tampa, LLC | Peace River Electric | 947.07 | acc 5002 bill date 11/13/2025 | 11/13/2025 | 12/4/2025 | Electricity |
| Moderno Porcelain Tampa, LLC | Peace River Electric | 47.73 | acc 5001 bill date 11/13/2025 | 11/13/2025 | 12/4/2025 | Electricity |
| Moderno Porcelain Tampa, LLC | Spectrum Business | 193.93 | 2161103110925 | 11/9/2025 | 11/26/2025 | Internet |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 4.25 | PSI-8520 | 11/1/2025 | 12/1/2025 | Rebill of Employee insurance |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 21.97 | PSI-8462 | 10/31/2025 | 11/30/2025 | Fleet Maintenance |
| Moderno Porcelain Tampa, LLC | WEX | 1,141.57 | 108345753 | 10/31/2025 | 11/21/2025 | Fuel Card |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 217.00 | PSI-8439 | 10/31/2025 | 11/30/2025 | October Software Rebill |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Total | 5,664.59 | | | | |

**Moderno Tampa**
**Accounts Receivable Aging**

| GEORGE NAYNA | GEORGE NAYNA | Invoice No. | Salesperson Code | Ext. Document No. | Posting Date | Original Amt. | Remaining Amt. | Due Date |
|---|---|---|---|---|---|---|---|---|
| GEORGE NAYNA | Invoice | PSI-1387 | KEITH PRINZI | NAYNA_GUEST BATH_SO1281-1 | 6/4/2024 | $ 7,596.00 | $ 7,596.00 | 7/4/2024 |
| GEORGE NAYNA | Invoice | PSI-1434 | KEITH PRINZI | NAYNA_748 CATTAIL_POOL BATH_SO1281 | 6/28/2024 | $ 6,182.00 | $ 6,182.00 | 7/28/2024 |
| | | | | GEORGE NAYNA | | | $ 13,778.00 | |

| | | |
|---|---|---|
| **TOTAL** | **$** | **13,778.00** |

|  | $ | 13,778.00 |



12750 Merit Drive Ste 1300
Dallas, TX 75251

www.veritexbank.com
833-VERITEX (833-837-4839)

███0324
VERITEX BANK AS ESCROW AGENT FOR
MODERNO PORCELAIN TAMPA LLC
PO BOX 25169
HOUSTON TX 77265-5169

| Date 11/28/25 | Page | 1 |

Account Title: VERITEX BANK AS ESCROW AGENT FOR
MODERNO PORCELAIN TAMPA LLC

Veritex Community Bank is now part of The Huntington National Bank
Find our Privacy Notice on our website under About Us at veritexbank.com.

Commercial Checking
Account Number          XXXXXXXXXXXX3834
Previous Balance                   60.00
     Deposits/Credits                .00
     Checks/Debits                   .00
Service Charge                       .00
Interest Paid                        .00
Current Balance                    60.00

Number of Enclosures                     0
Statement Dates  11/03/25 thru 11/30/25
Days in the statement period        28
Average Ledger                    60.00
Average Collected                 60.00

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Item Fees | $.00 | $.00 |
| Total Return Item Fees | $.00 | $.00 |

## Daily Balance Information

| Date | Balance |
|---|---|
| 11/03 | 60.00 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

*Direct inquiries to 833-Veritex or write to the above address or email to info@veritexbank.com*



**FOR CONSUMER ACCOUNTS ONLY:**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS LISTED BELOW OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Veritex Community Bank | 12750 Merit Drive, Suite 1300, Dallas, Texas 75251 | 833-VERITEX (833-837-4839)**

| | CHECKS OUTSTANDING | | |
|---|---|---|---|
| | NO. | AMOUNT | |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

BANK BALANCE
SHOWN ON THIS STATEMENT   $ _____

ADD + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT    _____

**TOTAL**    _____

SUBTRACT - (IF ANY)
CHECKS OUTSTANDING    _____

BALANCE   $ _____

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK**

CHECKBOOK BALANCE
AT STATEMENT DATE   $ _____

SUBTRACT - (IF ANY)
ACTIVITY CHARGE    _____

**SUB-TOTAL**    _____

SUBTRACT - (IF ANY)
OTHER BANK CHARGES    _____

BALANCE   $ _____

SHOULD AGREE WITH YOUR STATEMENT BALANCE

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness". If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). This loss could be not only with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

## TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment. All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.
The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Account will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

# VERABANK

VeraBank, N.A.
P.O. Box 1009
Henderson, TX  75653-1009

00020547 TC02445S112925034535 01 000000000 0003172 002

MODERNO PORCELAIN TAMPA, LLC
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

| | |
|---|---|
| Account Number | 5755 |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Checks/Items Enclosed | 0 |
| Page | 1 |

## Customer Service Information

☎ **Customer Service:**
(877) 566-2621 or (903) 657-8521

◈ **Email Us At:**
contactus@verabank.com

🖱 **Visit Us Online:**
www.verabank.com

## IMPORTANT MESSAGE(S)

*As year-end transactions ramp up, AI-driven fraud is targeting businesses with fake vendor invoices and cloned executive voices. Stay vigilant during peak shopping and payroll periods- verify payment requests and use multi-factor authentication to protect your accounts. For more on how to safeguard yourself and your accounts, check out our fraud resources at verabank.com.*

## ANALYSIS CHECKING
**Account Number:** 5755

**Account Owner(s):**  MODERNO PORCELAIN TAMPA, LLC

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/2025** | **$1,512.15** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 11/30/2025** | **$1,512.15** |
| Service Charges for Period | $0.00 |



**Complete this Section to Balance this Statement to your Transaction Register**

Month _____ 20____

**Bank Balance**
Shown on statement                    $ _____

**Add (+)**
Deposits not shown
on this statement (if any)            $ _____

_____

_____

**Total**                          $ _____ (+)

**Subtract (-)**
Checks and other items outstanding
but not paid on this statement (if any)

| | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Total**                          $ _____ (-)

**Balance**                        $ _____

These balances should agree

**Your Transaction Register Balance**                    $ _____

**Add (+)**
Other credits shown on
this statement but not in
transaction register                  $ _____

_____

_____

**Add (+)**
Interest paid (for use in balancing
interest-bearing accounts only).      $ _____

**Total**                          $ _____ (+)

**Subtract (-)**
Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |
| | |

**Total**                          $ _____ (-)

**Balance**                        $ _____

In Case of Errors or Questions About Your Electronic Transfers

Telephone us at 877-566-2621 or write us at VeraBank, N.A., P.O. Box 1009, Henderson, TX 75653-1009, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.





# VERABANK

VeraBank, N.A.
P.O. Box 1009
Henderson, TX  75653-1009

00013606 TC02445S112925034535 01 000000000 0000000 003

MODERNO PORCELAIN TAMPA, LLC
LOCAL ACCOUNT
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

| | |
|---|---|
| Account Number | 6332 |
| Statement Date | 11/28/2025 |
| Statement Thru Date | 11/30/2025 |
| Checks/Items Enclosed | 0 |
| Page | 1 |

## Customer Service Information

**Customer Service:**
(877) 566-2621 or (903) 657-8521

**Email Us At:**
contactus@verabank.com

**Visit Us Online:**
www.verabank.com

## IMPORTANT MESSAGE(S)

*As year-end transactions ramp up, AI-driven fraud is targeting businesses with fake vendor invoices and cloned executive voices. Stay vigilant during peak shopping and payroll periods- verify payment requests and use multi-factor authentication to protect your accounts. For more on how to safeguard yourself and your accounts, check out our fraud resources at verabank.com.*

## ANALYSIS CHECKING                                Account Number: 6332

**Account Owner(s):**   MODERNO PORCELAIN TAMPA, LLC

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/2025** | **$9,000.96** |
| + Deposits and Credits  (2) | $16,428.22 |
| - Withdrawals and Debits  (14) | $25,029.95 |
| **Ending Balance as of 11/30/2025** | **$399.23** |
| Service Charges for Period | $13.77 |

### CREDITS

| Date | Description | Deposits |
|---|---|---|
| Nov 20 | FROM: 4352 HD DAVID FERCHAU | 9,699.82 |
| Nov 21 | FROM: 4683 PERRY PAYMENT | 6,728.40 |

### NON CHECK DEBITS

| Date | Description | Withdrawals |
|---|---|---|
| Nov 06 | PEACE RIVER ELEC/BANK DRAFT 0205085002 MODERNO PORCELIA | 1,088.62 |



**Complete this Section to Balance this Statement to your Transaction Register**

Month _____ 20 _____

**Bank Balance**
Shown on statement                    $ _____

**Add (+)**
Deposits not shown
on this statement (if any)            $ _____

_____

_____

**Total**                             $ (+) _____

**Subtract (-)**
Checks and other items outstanding
but not paid on this statement (if any)

| | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Total**                             $ (-) _____

**Balance**                           $ _____

These balances should agree

---

**Your Transaction Register Balance**                    $ _____

**Add (+)**
Other credits shown on
this statement but not in
transaction register                  $ _____

_____

**Add (+)**
Interest paid (for use in balancing
interest-bearing accounts only).      $ _____

**Total**                             $ (+) _____

**Subtract (-)**
Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

**Total**                             $ (-) _____

**Balance**                           $ _____

---

In Case of Errors or Questions About Your Electronic Transfers

Telephone us at 877-566-2621 or write us at VeraBank, N.A., P.O. Box 1009, Henderson, TX 75653-1009, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.





**VERABANK**

## NON CHECK DEBITS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Nov 06 | PEACE RIVER ELEC/BANK DRAFT 0205085001 MODERNO PORCELIA | 63.21 |
| Nov 07 | TO: 6761 TO:  ACH PAYMENTS TRACKING ID:4 414403 | 4,650.00 |
| Nov 14 | CBIZ767AJMODERNO/DIRDEPXFER MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 2,274.16 |
| Nov 14 | CBIZ767AJMODERNO/TAXES MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 368.50 |
| Nov 14 | CBIZ767AJMODERNO/INVOICE MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 33.76 |
| Nov 18 | ANALYSIS ACTIVITY | 13.77 |
| Nov 21 | WRIGHT EXPRESS/FLEET DEBI 9100014332662 MODERNO PORCELAIN TAMP | 1,091.57 |
| Nov 21 | SPECTRUM/SPECTRUM | 209.98 |
| Nov 21 | TO: 6761 TO:  ACH PAYMENTS TRACKING ID:4 479298 | 12,600.00 |
| Nov 26 | TO: 6761 TO:  ACH PAYMENTS TRACKING ID:4 496394 | 21.35 |
| Nov 28 | CBIZ767AJMODERNO/DIRDEPXFER MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 2,224.17 |
| Nov 28 | CBIZ767AJMODERNO/TAXES MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 368.48 |
| Nov 28 | CBIZ767AJMODERNO/INVOICE MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 22.38 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Nov 06 | 7,849.13 | Nov 18 | 508.94 | Nov 26 | 3,014.26 |
| Nov 07 | 3,199.13 | Nov 20 | 10,208.76 | Nov 28 | 399.23 |
| Nov 14 | 522.71 | Nov 21 | 3,035.61 | | |



# Bank Account Statement

Tuesday, December 16, 2025<br>Page 1<br>REBECCA

Moderno Porcelain Tampa LLC

Bank Account Statement: Bank Account No.: VERA-6332, Statement No.: 5

Currency Code

| | | | |
|---|---|---|---|
| **Statement Date** | 11/30/25 | **Statement Balance** | 399.23 |
| **Balance Last Statement** | 9,000.96 | **Outstanding Bank Transactions** | 0.00 |
| **Statement Ending Balance** | 399.23 | **Subtotal** | 399.23 |
| | | **Outstanding Checks** | 0.00 |
| **G/L Balance at 11/30/25** | 399.23 | **Bank Account Balance** | 399.23 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| **Statement No.** | **5** | | | | | | |
| 11/06/25 | Bank Account Ledger Entry | PMT-00661 | Peace River Cooperative, Inc. | | 1 | -63.21 | -63.21 |
| 11/06/25 | Bank Account Ledger Entry | PMT-00662 | Peace River Cooperative, Inc. | | 1 | -1,088.62 | -1,088.62 |
| 11/07/25 | Bank Account Ledger Entry | PMT-00663 | Keith Prinzi | | 1 | -4,650.00 | -4,650.00 |
| 11/10/25 | Bank Account Ledger Entry | GJ-00654 | Correct T. Cuto Entry | | 1 | 0.18 | 0.18 |
| 11/10/25 | Bank Account Ledger Entry | GJ-00654 | Correct T. Cuto Entry | | 1 | -0.18 | -0.18 |
| 11/14/25 | Bank Account Ledger Entry | PMT-00664 | Invoice | | 1 | -33.76 | -33.76 |
| 11/14/25 | Bank Account Ledger Entry | PMT-00665 | Direct Deposit Funds: Company > SPA | | 1 | -368.50 | -368.50 |
| 11/14/25 | Bank Account Ledger Entry | PMT-00666 | Tax Payments: Company > SPA | | 1 | -2,274.16 | -2,274.16 |
| 11/18/25 | Bank Account Ledger Entry | PMT-00667 | Bank/Service Charges | | 1 | -13.77 | -13.77 |
| 11/21/25 | Bank Account Ledger Entry | CR-100300 | David Ferchau | | 1 | 9,699.82 | 9,699.82 |
| 11/21/25 | Bank Account Ledger Entry | CR-100301 | Perry Home Builders | | 1 | 6,728.40 | 6,728.40 |
| 11/21/25 | Bank Account Ledger Entry | PMT-00668 | Wex Bank | | 1 | -1,091.57 | -1,091.57 |
| 11/21/25 | Bank Account Ledger Entry | PMT-00669 | Charter Communications | | 1 | -209.98 | -209.98 |
| 11/21/25 | Bank Account Ledger Entry | PMT-00670 | Luis Luz | | 1 | -12,600.00 | -12,600.00 |
| 11/26/25 | Bank Account Ledger Entry | PMT-00671 | Enterprise Fleet Management | | 1 | -21.35 | -21.35 |
| 11/28/25 | Bank Account Ledger Entry | PMT-00672 | Invoice | | 1 | -22.38 | -22.38 |
| 11/28/25 | Bank Account Ledger Entry | PMT-00673 | Direct Deposit Funds: Company > SPA | | 1 | -2,224.17 | -2,224.17 |
| 11/28/25 | Bank Account Ledger Entry | PMT-00674 | Tax Payments: Company > SPA | | 1 | -368.48 | -368.48 |
| | | | | **Total** | | **-8,601.73** | **-8,601.73** |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | | As of<br>**11/30/2025** |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| | | |
| **Cash & Equivalents** | | |
| Veritex-Tampa-(9657) | $ | - |
| Veritex-Tampa Escrow-3834 | $ | 60 |
| Veritex Local Acct 9938 | $ | - |
| Vera Operating | $ | 1,512 |
| Vera Operating-6332 | $ | 399 |
| Veritex Loan Reserve | $ | - |
| **Total Cash & Equivalents** | **$** | **1,971** |
| | | |
| **Trade Acct Receivable** | | |
| AR - Trade | $ | 13,778 |
| **Total Trade AR** | **$** | **13,778** |
| | | |
| **Accts Receivable - Related** | | |
| AR - Related | $ | - |
| **Total AR - Related** | **$** | **-** |
| | | |
| **AR - Intercompany** | | |
| Interco AR | $ | 286,805 |
| IC AR-Moderno NASH | $ | - |
| **Total AR - Intercompany** | **$** | **286,805** |
| | | |
| **Other Receivables** | | |
| | $ | - |
| **Total Other Receivables** | **$** | **-** |
| | | |
| **Inventory** | | |
| Inventory - Consignment | $ | - |
| Porcelain Slabs Inventory | $ | 59,024 |
| Porcelain Blanks Inventory | $ | - |
| Purchased Fabricated Porcelain | $ | 25,726 |
| Samples Inventory | $ | - |
| Foam Board | $ | 1,819 |
| Other Inventory | $ | - |
| Sinks Inventory | $ | 26,198 |
| Inventory - A-frames,Tools,Parts & Sup | $ | 6,602 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | | As of 11/30/2025 |
|---|---|---|
| Work in Process | $ | - |
| **Total Inventory** | **$** | **119,368** |
| **Prepaid Expenses** | | |
| Prepaid Insurance | $ | (355) |
| Other Prepaid Expenses | $ | 1,873 |
| **Total Prepaid Expenses** | **$** | **1,518** |
| **Other Current Assets** | | |
| | $ | - |
| **Total Other Current Assets** | **$** | **-** |
| **Total Current Assets** | **$** | **423,441** |
| **LONG TERM ASSETS** | | |
| **PP&E** | | |
| Fixed Assets Not In Service | $ | - |
| **PP&E - Cost** | | |
| Building | $ | 435,390 |
| Lease Hold Improvements | $ | 23,686 |
| Machinery and Equipment | $ | 611,133 |
| Vehicles | $ | - |
| Furniture and Fixtures | $ | 101,414 |
| Computer Hardware | $ | 6,022 |
| **Total PP&E - Cost** | **$** | **1,177,645** |
| Accumulated Depreciation | $ | (280,145) |
| **Total PP&E, Net** | **$** | **897,500** |
| **Intangibles** | | |
| | $ | - |
| **Total Intangibles, net** | **$** | **-** |
| **Other Long Term Assets** | | |
| Deposits | $ | 66,807 |
| **Total Other Long Term Assets** | **$** | **66,807** |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**
NOT AUDITED

|  | As of 11/30/2025 |
|---|---|
| **Total Investment in Subs** | $ - |
| **Total Long-Term Assets** | $ 964,307 |
| **TOTAL ASSETS** | $ 1,387,749 |
| **LIABILITIES** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accts Payable - Trade | $ 219,777 |
| **Total Accounts Payable** | $ 219,777 |
| **Accts. Payable - Related** | |
| Accts. Payable - Related | $ 24,402 |
| Accts. Payable - Employee | $ 17,370 |
| **Total Related AP** | $ 41,772 |
| **Accts Payable - Interco** | |
| Accts. Payable - Interco | $ 684,348 |
| IC AP-Mod Porcelain Works | $ 1,975,339 |
| IC AP-Mod Orlando | $ - |
| MOD Tampa | $ - |
| IC AP - SIXMM | $ 2,146 |
| IC AP- MSS | $ 11,758 |
| **Total Intercompany AP** | $ 2,673,592 |
| **Accrued Expenses** | |
| Accrued Payables | $ 3,523 |
| Customer Deposits | $ 46,260 |
| Interest Payable | $ - |
| Deferred Revenue | $ - |
| Accrued Payroll | $ - |
| FSA/HSA Emp Ded | $ 2 |
| Sales Taxes Payable | $ 5,302 |
| Other Accrued Expenses | $ 1,002 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**
**NOT AUDITED**

| | | As of 11/30/2025 |
|---|---|---:|
| Clearing account-REBILLS ONLY | $ | - |
| Clearing Account | $ | 885 |
| Payroll Clearing Account | $ | - |
| **Total Accrued Expenses** | **$** | **56,975** |
| | | |
| **Short Term Debt** | | |
| Current Portion - LT Debt | $ | 55,306 |
| Current Portion - LT Cap Lease | $ | 15,663 |
| **Total Short Term Debt** | **$** | **70,969** |
| | | |
| **Total Current Liabilities** | **$** | **3,063,084** |
| | | |
| **Long Term Liabilities** | | |
| | | |
| **Capital Lease Obligations** | | |
| Capital Lease - ForkLift | $ | - |
| Capital Lease - Salem Quadro Lift & Glass Lifter | $ | - |
| LT Capital Lease Contra | $ | (15,663) |
| **Total Capital Lease Obligation** | **$** | **(15,663)** |
| | | |
| **LT Debt Trade** | | |
| Veritex Equipment Loan | $ | 22,402 |
| LT Debt Contra - Trade | $ | (55,306) |
| **Total LT Trade Debt** | **$** | **(32,905)** |
| | | |
| **LT Debt Related** | | |
| | $ | - |
| **Total LT Debt Related** | **$** | **-** |
| | | |
| | $ | - |
| **Total Long Term Liabilities** | **$** | **(48,567)** |
| | | |
| **TOTAL LIABILITIES** | **$** | **3,014,517** |
| | | |
| **EQUITY** | | |
| Contributions - Moderno Porcelain Works, LLC | $ | 5,624 |
| Contributions - Ciro Ojara | $ | 600,000 |
| Contributions - Israel Suarez | $ | 600,060 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | As of 11/30/2025 |
|---|---|
| Contributions - Sama Ghazi | $ 600,000 |
| Contributions - Adity Abrol | $ 600,000 |
| **Total Contributions** | **$ 2,405,684** |
| | |
| **Retained Earnings** | |
| Retained Earnings | $ (2,227,530) |
| Period Net Income | $ (1,804,922) |
| **Total Retained Earnings** | **$ (4,032,452)** |
| | |
| **TOTAL EQUITY** | **$ (1,626,768)** |
| | |
| **TOTAL LIABILITIES AND EQUITY** | **$ 1,387,749** |

Akerman LLP Trust Ledger (1/2)

| Bank Account Name | Transaction Date | Posting Date | Amount | Balance | Received From Paid To | Comment / Narrative |
|---|---|---|---|---|---|---|
| 1111 | 11/18/2025 | 11/18/2025 | 130,000.00 | 130,000.00 | --- / MODERNO PORCELAIN WORKS LLC | Wire in from MODERNO PORCELAIN WORKS LLC / Verabank, National Association, per Esther McKean |
| 1111 | 12/2/2025 | 12/2/2025 | (130,000.00) | 0.00 | | Transfer $130,000 from M# 00464919-1111 Wells Fargo to the new CIB 1055 M#00464919 per E.McKean |
| 1111 | 12/10/2025 | 12/10/2025 | 24,163.06 | 24,163.06 | | Bank matter transfer from CIB 1055 to 1111 of funds to wire out, per Esther McKean / Dave DiPerna |
| 1111 | 12/10/2025 | 12/10/2025 | (24,163.06) | 0.00 | Alprop-I, LLC / --- | Wire out to Alprop-I, LLC / Wells Fargo Bank, N.A., per Esther McKean / Jeanette Martinez Goldberg |
| 1111 | 12/16/2025 | 12/16/2025 | 24,163.06 | 24,163.06 | | Matter transfer from CIB 1055 to IOTA 1111 for wire out December Rent Lease 75468 [Moderno Porcelain Tampa], per Esther McKean |
| 1111 | 12/16/2025 | 12/16/2025 | (24,163.06) | 0.00 | Alprop-I, LLC / --- | Wire out to Alprop-I, LLC / Wells Fargo Bank, N.A., for December Rent - Lease 75468 [Moderno Porcelain Tampa], per Esther McKean / Jeanette Martinez Goldberg |

Akerman LLP Trust Ledger (2/2)

| Bank Account Name | Transaction Date | Posting Date | Amount | Balance | Trst Tran Doc Rcpt Doc | Comment / Narrative |
|---|---|---|---|---|---|---|
| 1055 | 12/2/2025 | 12/2/2025 | 130,000.00 | 130,000.00 | 120220251111 | Transfer $130,000 from M# 00464919-1111 Wells Fargo to the new CIB 1055 M#00464919 per E.McKean |
| 1055 | 12/10/2025 | 12/10/2025 | (24,163.06) | 105,836.94 | T12102025 | Bank matter transfer from CIB 1055 to 1111 of funds to wire out, per Esther McKean / Dave DiPerna |
| 1055 | 12/16/2025 | 12/16/2025 | (24,163.06) | 81,673.88 | T12162025 | Matter transfer from CIB 1055 to IOTA 1111 for wire out December Rent Lease 75468 [Moderno Porcelain Tampa], per Esther McKean |