Exhibit C

| Posting Date | Document No. | G/L Account No. | Description | Amount ($) | External Document No. |
|---|---|---|---|---|---|
| 12/30/2025 | CR-100305 | 10145 | Kathleen Primm | 30,000.00 | |
| 12/16/2025 | CR-100303 | 10145 | Alinea Creative Solutions | 11,322.11 | |
| 12/5/2025 | CR-100302 | 10145 | Lais Luz | 3,000.00 | |

Exhibit D

| Posting Date | Document Type | Document No. | G/L Account No. | Description | Amount ($) | Purpose |
|---|---|---|---|---|---|---|
| 12/31/2025 | Payment | PMT-00688 | 10145 | Tax Payments: Company > SPA | -368.50 | Payroll for DJ Money (Salesperson) |
| 12/31/2025 | Payment | PMT-00687 | 10145 | Direct Deposit Funds: Company > SPA | -2,224.16 | Payroll for DJ Money (Salesperson) |
| 12/31/2025 | Payment | PMT-00686 | 10145 | Invoice | -22.38 | Payroll for DJ Money (Salesperson) |
| 12/18/2025 | Payment | PMT-00685 | 10145 | NSF Fee | -32.00 | Bank Fee |
| 12/18/2025 | Payment | PMT-00684 | 10145 | Bank/Service Charges - Dec | -14.15 | Bank Fee |
| 12/18/2025 | Payment | PMT-00684 | 10145 | AFCO | -545.56 | Insurance |
| 6/26/2025 | Payment | PMT-00682 | 10145 | NSF | -96.00 | Bank Fee |
| 12/15/2025 | Payment | PMT-00681 | 10145 | Tax Payments: Company > SPA | -368.48 | Payroll for DJ Money (Salesperson) |
| 12/15/2025 | Payment | PMT-00680 | 10145 | PayrDirect Deposit Funds: Company > SPAoll Clearing Account | -2,274.17 | Payroll for DJ Money (Salesperson) |
| 12/15/2025 | Payment | PMT-00679 | 10145 | Invoice | -33.76 | Payroll for DJ Money (Salesperson) |
| 12/10/2025 | Payment | PMT-00678 | 10145 | AFCO | -1,538.97 | Insurance |
| 12/4/2025 | Payment | PMT-00677 | 10145 | Bank/Service Charges | -64.00 | Bank Fee |
| 12/4/2025 | Payment | PMT-00676 | 10145 | Peace River Cooperative, Inc. | -47.73 | Electricity |
| 12/4/2025 | Payment | PMT-00675 | 10145 | Peace River Cooperative, Inc. | -947.07 | Electricity |

Exhibit E

| Legal Entity | Vendor Name | Amount | Invoice No. | Invoice Date | Due Date | Purpose |
|---|---|---|---|---|---|---|
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 14.05 | PSI-8617 | 12/31/2025 | 1/30/2026 | Software Rebill |
| Moderno Porcelain Tampa, LLC | MightySlab Distribution Company | 2,200.00 | PSI-1031 | 12/30/2025 | 1/29/2026 | Raw Material |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Orlando, LLC | 9,163.17 | PSI-2314 | 12/11/2025 | 1/10/2026 | Raw Material |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 63.81 | RBDocuware12.25TAMP | 12/9/2025 | 1/8/2026 | Software Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 4.25 | PSI-8521 | 12/1/2025 | 12/31/2025 | Raw Material |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 14.05 | PSI-8558 | 11/30/2025 | 12/30/2025 | Raw Material |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Orlando, LLC | 2,739.96 | PSI-2311 | 11/27/2025 | 12/27/2025 | Raw Material |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 31.51 | AMEXRB:110925Tannp | 11/21/2025 | 12/21/2025 | American Express Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 235.94 | PSI-8536 | 11/18/2025 | 12/18/2025 | Software Rebill |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 69.61 | RBDocuware 11.25TAM | 11/14/2025 | 12/14/2025 | Software Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 4.25 | PSI-8520 | 11/1/2025 | 12/1/2025 | Rebill of Employee insurance |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 21.97 | PSI-8462 | 10/31/2025 | 11/30/2025 | Rebill of Employee insurance |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 217.00 | PSI-8439 | 10/31/2025 | 11/30/2025 | October Software Rebill |
| | Total | 14,779.57 | | | | |

Exhibit F

**Moderno Tampa**
**Accounts Receivable Aging**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice | PSI-1387 | KEITH PRINZI | NAYNA_GUEST BATH_SO1281-1 | 6/4/2024 | $ | 7,596.00 | $ 7,596.00 | 7/4/2024 |
| Invoice | PSI-1434 | KEITH PRINZI | NAYNA_748 CATTAIL_POOL BATH_SO1281 | 6/28/2024 | $ | 6,182.00 | $ 6,182.00 | 7/28/2024 |
| | | | | | | | $ 13,778.00 | |

| | |
|---|---|
| **TOTAL** | **$ 13,778.00** |

$ 13,778.00

# REGIONS

**Regions Bank**
Uptown Crossing
5409 South Rice Ave.
Houston, TX 77081

MODERNO PORCELAIN TAMPA LLC
DEBTORS IN POSSESSION
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

**ACCOUNT #**          5670

|  |  |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN BUSINESS CHECKING
December 16, 2025 through December 31, 2025

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$0.00** | | Minimum Balance | $0 |
| Deposits & Credits | $10,863.31 | + | Average Balance | $9,505 |
| Withdrawals | $0.00 | - | | |
| Fees | $0.00 | - | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | - | | |
| **Ending Balance** | **$10,863.31** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 12/18 | Moderno Porcelai Transfer Moderno Porcel 2197906 | 10,863.31 |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 12/18 | 10,863.31 |

**EFFECTIVE 2-2-26, OUTGOING STANDARD
AND REPETITIVE DOMESTIC WIRE FEES FOR
YOUR ACCOUNT WILL BE $30, AND
OUTGOING INTERNATIONAL WIRE FEES
WILL BE $50.**

- - - - - - - - - - - - - - - - - - -

**ALSO, PRICING FOR CERTAIN TREASURY
MANAGEMENT SVCS/ANALYZED DEPOSITORY
PRODUCTS IS CHANGING 1-1-26. SEE ALL
CHANGES AT REGIONS.COM/SPECIALMESSAGE.**

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2026 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

Checking Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

# Bank Account Statement

Moderno Porcelain Tampa LLC

Bank Account Statement: Bank Account No.: TAMPA DIP, Statement No.: 1

Currency Code

| | | | |
|---|---|---|---|
| **Statement Date** | 12/31/25 | **Statement Balance** | 10,863.31 |
| **Balance Last Statement** | 0.00 | **Outstanding Bank Transactions** | 0.00 |
| **Statement Ending Balance** | 10,863.31 | **Subtotal** | 10,863.31 |
| | | **Outstanding Checks** | 0.00 |
| **G/L Balance at 12/31/25** | 10,863.31 | **Bank Account Balance** | 10,863.31 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| **Statement No.** | **1** | | | | | | |
| 12/17/25 | Bank Account Ledger Entry | PMT-00683 | Tampa DIP | | 1 | 10,863.31 | 10,863.31 |
| | | | | | **Total** | **10,863.31** | **10,863.31** |

# VERABANK

VeraBank, N.A.
P.O. Box 1009
Henderson, TX  75653-1009

00018775 TC02445S010126042137 01 000000000 0002305 002

MODERNO PORCELAIN TAMPA, LLC
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

| | |
|---|---|
| Account Number | ████████5755 |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Checks/Items Enclosed | 0 |
| Page | 1 |

## Customer Service Information

☎ **Customer Service:**
(877) 566-2621 or (903) 657-8521

◈ **Email Us At:**
contactus@verabank.com

🖱 **Visit Us Online:**
www.verabank.com

## IMPORTANT MESSAGE(S)

*As holiday shopping heats up, so do AI-powered scams. Fraudsters are using deepfake voices and fake order confirmations to trick you into sharing personal info. Stay sharp: verify suspicious messages and monitor your account for unusual activity. For more on how to safeguard yourself and your accounts, check out our fraud resources at verabank.com.*

## ANALYSIS CHECKING
**Account Number:** ████5755

**Account Owner(s):**   MODERNO PORCELAIN TAMPA, LLC

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/2025** | **$1,512.15** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (1) | $1,512.15 |
| **Ending Balance as of 12/31/2025** | **$0.00** |
| Service Charges for Period | $0.00 |

## NON CHECK DEBITS

| Date | Description | Withdrawals |
|---|---|---|
| Dec 17 | TO: 6332 TRANSFER TO LOCAL | 1,512.15 |

## DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| Dec 17 | 0.00 |




**Complete this Section to Balance this Statement to your Transaction Register**

Month _____ 20 _____

**Bank Balance**
Shown on statement                    $ _____

**Add (+)**
Deposits not shown
on this statement (if any)            $ _____

_____

_____

**Total**                             $ (+) _____

**Subtract (-)**
Checks and other items outstanding
but not paid on this statement (if any)

| | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Total**                             $ (-) _____

**Balance**                           $ _____

These balances should agree

**Your Transaction Register Balance**        $ _____

**Add (+)**
Other credits shown on
this statement but not in
transaction register                         $ _____

_____

**Add (+)**
Interest paid (for use in balancing
interest-bearing accounts only).             $ _____

**Total**                                    $ (+) _____

**Subtract (-)**
Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

**Total**                                    $ (-) _____

**Balance**                                  $ _____

---

In Case of Errors or Questions About Your Electronic Transfers

Telephone us at 877-566-2621 or write us at VeraBank, N.A., P.O. Box 1009, Henderson, TX 75653-1009, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.





# Bank Account Statement

Moderno Porcelain Tampa LLC

Bank Account Statement: Bank Account No.: VERA-5755, Statement No.: 7

Currency Code

| | | | |
|---|---|---|---|
| **Statement Date** | 12/31/25 | **Statement Balance** | 0.00 |
| **Balance Last Statement** | 1,512.15 | **Outstanding Bank Transactions** | 0.00 |
| **Statement Ending Balance** | 0.00 | **Subtotal** | 0.00 |
| | | **Outstanding Checks** | 0.00 |
| **G/L Balance at 12/31/25** | 0.00 | **Bank Account Balance** | 0.00 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| **Statement No.** | **7** | | | | | | |
| 12/17/25 | Bank Account Ledger Entry | CR-100304 | Vera Operating | | 1 | -1,512.15 | -1,512.15 |
| | | | | | **Total** | **-1,512.15** | **-1,512.15** |

# VERABANK

VeraBank, N.A.
P.O. Box 1009
Henderson, TX  75653-1009

00012815 TC02445S010126042137 01 000000000 0000000 004

MODERNO PORCELAIN TAMPA, LLC
LOCAL ACCOUNT
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

| | |
|---|---|
| Account Number | 6332 |
| Statement Date | 12/31/2025 |
| Statement Thru Date | 01/01/2026 |
| Checks/Items Enclosed | 1 |
| Page | 1 |

## Customer Service Information

**Customer Service:**
(877) 566-2621 or (903) 657-8521

**Email Us At:**
contactus@verabank.com

**Visit Us Online:**
www.verabank.com

## IMPORTANT MESSAGE(S)

*As holiday shopping heats up, so do AI-powered scams. Fraudsters are using deepfake voices and fake order confirmations to trick you into sharing personal info. Stay sharp: verify suspicious messages and monitor your account for unusual activity. For more on how to safeguard yourself and your accounts, check out our fraud resources at verabank.com.*

## ANALYSIS CHECKING                                    Account Number: 6332

**Account Owner(s):   MODERNO PORCELAIN TAMPA, LLC**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/2025** | **$399.23** |
| + Deposits and Credits  (4) | $45,834.26 |
| - Withdrawals and Debits  (15) | $19,440.24 |
| **Ending Balance as of 12/31/2025** | **$26,793.25** |
| Service Charges for Period | $14.15 |

## CREDITS

| Date | Description | Deposits |
|---|---|---|
| Dec 05 | ORIG:LUZ CONCEPT 5 LLC TRN:P202512050105700 | 3,000.00 |
| Dec 16 | FROM: 4352 ALINE CREATIVE SOLUTIONS DEPO SIT | 11,322.11 |
| Dec 17 | FROM: 5755 TRANSFER TO LOCAL | 1,512.15 |
| Dec 30 | MOBILE DEPOSIT | 30,000.00 |



**Complete this Section to Balance this Statement to your Transaction Register**

Month _____ 20 _____

| | |
|---|---|
| **Bank Balance** Shown on statement | $ |

**Add (+)**
Deposits not shown
on this statement (if any)                $ _____

_____

_____

**Total**                          $ (+) _____

**Subtract (-)**
Checks and other items outstanding
but not paid on this statement (if any)

| | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Total**                          $ (-) _____

**Balance**                          $ _____

These balances should agree

**Your Transaction
Register Balance**                          $ _____

**Add (+)**
Other credits shown on
this statement but not in
transaction register                          $ _____

_____

**Add (+)**
Interest paid (for use in balancing
interest-bearing accounts only).          $ _____

**Total**                          $ (+) _____

**Subtract (-)**
Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

**Total**                          $ (-) _____

**Balance**                          $ _____

---

In Case of Errors or Questions About Your Electronic Transfers

Telephone us at 877-566-2621 or write us at VeraBank, N.A., P.O. Box 1009, Henderson, TX 75653-1009, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.





# VERABANK

## NON CHECK DEBITS

| Date | Description | Withdrawals |
|---|---|---|
| Dec 04 | PEACE RIVER ELEC/BANK DRAFT 0205085002 MODERNO PORCELIA | 947.07 |
| Dec 04 | PEACE RIVER ELEC/BANK DRAFT 0205085001 MODERNO PORCELIA | 47.73 |
| Dec 04 | OVERDRAFT/NSF CHARGE | 64.00 |
| Dec 10 | AFCO/AFCO 0493290969 MPW SURFACING HOLDINGS | 1,538.97 |
| Dec 15 | CBIZ767AJMODERNO/DIRDEPXFER MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 2,274.17 |
| Dec 15 | CBIZ767AJMODERNO/TAXES MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 368.48 |
| Dec 15 | CBIZ767AJMODERNO/INVOICE MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 33.76 |
| Dec 15 | OVERDRAFT/NSF CHARGE | 96.00 |
| Dec 17 | TO: 6761 ACH PAYMENTS TRACKING ID:459367 3 | 10,863.31 |
| Dec 18 | AFCO/AFCO 0493290969 MPW SURFACING HOLDINGS | 545.56 |
| Dec 18 | ANALYSIS ACTIVITY | 14.15 |
| Dec 18 | OVERDRAFT/NSF CHARGE | 32.00 |
| Dec 31 | CBIZ767AJMODERNO/DIRDEPXFER MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 2,224.16 |
| Dec 31 | CBIZ767AJMODERNO/TAXES MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 368.50 |
| Dec 31 | CBIZ767AJMODERNO/INVOICE MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 22.38 |

## INSUFFICIENT & OVERDRAFT FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $192.00 | $192.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Dec 04 | -659.57 | Dec 15 | -1,970.95 | Dec 18 | -591.71 |
| Dec 05 | 2,340.43 | Dec 16 | 9,351.16 | Dec 30 | 29,408.29 |
| Dec 10 | 801.46 | Dec 17 | 0.00 | Dec 31 | 26,793.25 |

00012815 0062755 0002-0003



# VERABANK

## CHECK IMAGES                                    **Account Number:** ████6332

```
              Record Of Deposit


    Institution: VeraBank
    Date: 12/30/2025 12:31:10 PMPT
    Receipt Number: 536434432
    Deposit Account Number: ████6332
    Total Transaction Amount: $30000.00
    Deposit Channel: Mobile
```

12/30/2025                              30,000.00



# Bank Account Statement

Moderno Porcelain Tampa LLC

Bank Account Statement: Bank Account No.: VERA-6332, Statement No.: 6

Currency Code

| | | | |
|---|---|---|---|
| **Statement Date** | 12/31/25 | **Statement Balance** | 26,793.25 |
| **Balance Last Statement** | 399.23 | **Outstanding Bank Transactions** | 0.00 |
| **Statement Ending Balance** | 26,793.25 | **Subtotal** | 26,793.25 |
| | | **Outstanding Checks** | 0.00 |
| **G/L Balance at 12/31/25** | 26,793.25 | **Bank Account Balance** | 26,793.25 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| **Statement No.** | **6** | | | | | | |
| 12/04/25 | Bank Account Ledger Entry | PMT-00675 | Peace River Cooperative, Inc. | | 1 | -947.07 | -947.07 |
| 12/04/25 | Bank Account Ledger Entry | PMT-00676 | Peace River Cooperative, Inc. | | 1 | -47.73 | -47.73 |
| 12/04/25 | Bank Account Ledger Entry | PMT-00677 | Bank/Service Charges | | 1 | -64.00 | -64.00 |
| 12/05/25 | Bank Account Ledger Entry | CR-100302 | Contributions - Lais Luz | | 1 | 3,000.00 | 3,000.00 |
| 12/10/25 | Bank Account Ledger Entry | PMT-00678 | IC AP-Mod Porcelain Works | | 1 | -1,538.97 | -1,538.97 |
| 12/15/25 | Bank Account Ledger Entry | PMT-00679 | Invoice | | 1 | -33.76 | -33.76 |
| 12/15/25 | Bank Account Ledger Entry | PMT-00680 | PayrDirect Deposit Funds: Company > SPAoll Clearing Account | | 1 | -2,274.17 | -2,274.17 |
| 12/15/25 | Bank Account Ledger Entry | PMT-00681 | Tax Payments: Company > SPA | | 1 | -368.48 | -368.48 |
| 12/15/25 | Bank Account Ledger Entry | PMT-00682 | NSF | | 1 | -96.00 | -96.00 |
| 12/16/25 | Bank Account Ledger Entry | CR-100303 | Alinea Creative Solutions | | 1 | 11,322.11 | 11,322.11 |
| 12/17/25 | Bank Account Ledger Entry | CR-100304 | Vera Operating | | 1 | 1,512.15 | 1,512.15 |
| 12/17/25 | Bank Account Ledger Entry | PMT-00683 | Tampa DIP | | 1 | -10,863.31 | -10,863.31 |
| 12/18/25 | Bank Account Ledger Entry | PMT-00684 | IC AP-Mod Porcelain Works | | 1 | -545.56 | -545.56 |
| 12/18/25 | Bank Account Ledger Entry | PMT-00684 | Bank/Service Charges - Dec | | 1 | -14.15 | -14.15 |
| 12/18/25 | Bank Account Ledger Entry | PMT-00685 | NSF Fee | | 1 | -32.00 | -32.00 |
| 12/30/25 | Bank Account Ledger Entry | CR-100305 | Kathleen Primm | | 1 | 30,000.00 | 30,000.00 |
| 12/31/25 | Bank Account Ledger Entry | PMT-00686 | Invoice | | 1 | -22.38 | -22.38 |
| 12/31/25 | Bank Account Ledger Entry | PMT-00687 | Direct Deposit Funds: Company > SPA | | 1 | -2,224.16 | -2,224.16 |
| 12/31/25 | Bank Account Ledger Entry | PMT-00688 | Tax Payments: Company > SPA | | 1 | -368.50 | -368.50 |
| | | | | **Total** | | **26,394.02** | **26,394.02** |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | As of 12/31/2025 |
|---|---|

**ASSETS**
**Current Assets**

**Cash & Equivalents**

| | |
|---|---:|
| Veritex-Tampa-(9657) | $ (0) |
| Veritex-Tampa Escrow-3834 | $ 60 |
| Veritex Local Acct 9938 | $ - |
| Vera Operating | $ 0 |
| Vera Operating-6332 | $ 26,793 |
| Tampa DIP | $ 10,863 |
| Veritex Loan Reserve | $ - |
| **Total Cash & Equivalents** | **$ 37,717** |

**Trade Acct Receivable**

| | |
|---|---:|
| AR - Trade | $ (27,544) |
| **Total Trade AR** | **$ (27,544)** |

**Accts Receivable - Related**

| | |
|---|---:|
| AR - Related | $ - |
| **Total AR - Related** | **$ -** |

**AR - Intercompany**

| | |
|---|---:|
| Interco AR | $ 286,805 |
| IC AR-Moderno NASH | $ - |
| **Total AR - Intercompany** | **$ 286,805** |

**Other Receivables**

| | |
|---|---:|
| | $ - |
| **Total Other Receivables** | **$ -** |

**Inventory**

| | |
|---|---:|
| Inventory - Consignment | $ (0) |
| Porcelain Slabs Inventory | $ 68,655 |
| Porcelain Blanks Inventory | $ (0) |
| Purchased Fabricated Porcelain | $ 25,726 |
| Samples Inventory | $ 0 |
| Foam Board | $ 1,819 |
| Other Inventory | $ - |
| Sinks Inventory | $ 26,198 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**
**NOT AUDITED**

|  | As of 12/31/2025 |
|---|---|
| Inventory - A-frames,Tools,Parts & Sup | $ 6,602 |
| Work in Process | $ 0 |
| **Total Inventory** | **$ 129,000** |
| | |
| **Prepaid Expenses** | |
| Prepaid Insurance | $ (1,546) |
| Other Prepaid Expenses | $ 1,873 |
| **Total Prepaid Expenses** | **$ 327** |
| | |
| **Other Current Assets** | |
| | $ - |
| **Total Other Current Assets** | **$ -** |
| | |
| **Total Current Assets** | **$ 426,304** |
| | |
| **LONG TERM ASSETS** | |
| | |
| **PP&E** | |
| Fixed Assets Not In Service | $ - |
| | |
| **PP&E - Cost** | |
| Building | $ 435,390 |
| Lease Hold Improvements | $ 23,686 |
| Machinery and Equipment | $ 611,133 |
| Vehicles | $ - |
| Furniture and Fixtures | $ 101,414 |
| Computer Hardware | $ 6,022 |
| **Total PP&E - Cost** | **$ 1,177,645** |
| Accumulated Depreciation | $ (289,287) |
| **Total PP&E, Net** | **$ 888,358** |
| | |
| **Intangibles** | |
| | $ - |
| **Total Intangibles, net** | **$ -** |
| | |
| **Other Long Term Assets** | |
| Deposits | $ 66,807 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**
**NOT AUDITED**

| | As of 12/31/2025 |
|---|---|
| **Total Other Long Term Assets** | $ 66,807 |
| **Total Investment in Subs** | $ - |
| **Total Long-Term Assets** | $ 955,165 |
| **TOTAL ASSETS** | $ 1,381,469 |
| **LIABILITIES** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accts Payable - Trade | $ 243,896 |
| **Total Accounts Payable** | $ 243,896 |
| **Accts. Payable - Related** | |
| Accts. Payable - Related | $ 24,497 |
| Accts. Payable - Employee | $ 17,370 |
| **Total Related AP** | $ 41,867 |
| **Accts Payable - Interco** | |
| Accts. Payable - Interco | $ 692,958 |
| IC AP-Mod Porcelain Works | $ 1,973,255 |
| IC AP-Mod Orlando | $ - |
| MOD Tampa | $ - |
| IC AP - SIXMM | $ 2,146 |
| IC AP- MSS | $ 11,758 |
| **Total Intercompany AP** | $ 2,680,117 |
| **Accrued Expenses** | |
| Accrued Payables | $ 4,513 |
| Customer Deposits | $ 36,560 |
| Interest Payable | $ 0 |
| Deferred Revenue | $ - |
| Accrued Payroll | $ 0 |
| FSA/HSA Emp Ded | $ 2 |
| Sales Taxes Payable | $ 5,302 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | | As of |
| --- | --- | --- |
| | | **12/31/2025** |
| Other Accrued Expenses | $ | 1,277 |
| Clearing account-REBILLS ONLY | $ | - |
| Clearing Account | $ | 885 |
| Payroll Clearing Account | $ | (0) |
| **Total Accrued Expenses** | **$** | **48,540** |
| | | |
| **Short Term Debt** | | |
| Current Portion - LT Debt | $ | 55,306 |
| Current Portion - LT Cap Lease | $ | 15,663 |
| **Total Short Term Debt** | **$** | **70,969** |
| | | |
| **Total Current Liabilities** | **$** | **3,085,389** |
| | | |
| **Long Term Liabilities** | | |
| | | |
| **Capital Lease Obligations** | | |
| Capital Lease - ForkLift | $ | 0 |
| Capital Lease - Salem Quadro Lift & Glass Lifter | $ | 0 |
| LT Capital Lease Contra | $ | (15,663) |
| **Total Capital Lease Obligation** | **$** | **(15,663)** |
| | | |
| **LT Debt Trade** | | |
| Veritex Equipment Loan | $ | 22,402 |
| LT Debt Contra - Trade | $ | (55,306) |
| **Total LT Trade Debt** | **$** | **(32,905)** |
| | | |
| **LT Debt Related** | | |
| | $ | - |
| **Total LT Debt Related** | **$** | **-** |
| | | |
| | $ | - |
| **Total Long Term Liabilities** | **$** | **(48,567)** |
| | | |
| **TOTAL LIABILITIES** | **$** | **3,036,821** |
| | | |
| **EQUITY** | | |
| Contributions - Moderno Porcelain Works, LLC | $ | 5,624 |
| Contributions - Ciro Ojara | $ | 600,000 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**
**NOT AUDITED**

|  | As of 12/31/2025 |
|---|---|
| Contributions - Israel Suarez | $ 600,060 |
| Contributions - Sama Ghazi | $ 600,000 |
| Contributions - Adity Abrol | $ 600,000 |
| Contributions - Lais Luz | $ 3,000 |
| **Total Contributions** | **$ 2,408,684** |
| **Retained Earnings** | |
| Retained Earnings | $ (2,227,530) |
| Period Net Income | $ (1,836,506) |
| **Total Retained Earnings** | **$ (4,064,036)** |
| **TOTAL EQUITY** | **$ (1,655,352)** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 1,381,469** |

## Akerman LLP Trust Ledger (1/2)

| Bank Account Name | Transaction Date | Posting Date | Amount | Balance | Received From Paid To | Comment / Narrative |
|---|---|---|---|---|---|---|
| | | | | | MODERNO PORCELAIN WORKS LLC | |
| 1111 | 11/18/2025 | 11/18/2025 | 130,000.00 | 130,000.00 | --- / MODERNO | Wire in from MODERNO PORCELAIN WORKS LLC / Verabank, National Association, per Esther McKean |
| 1111 | 12/2/2025 | 12/2/2025 | (130,000.00) | 0.00 | | Transfer $130,000 from M# 00464919-1111 Wells Fargo to the new CIB 1055 M#00464919 per E.McKean |
| 1111 | 12/10/2025 | 12/10/2025 | 24,163.06 | 24,163.06 | | Bank matter transfer from CIB 1055 to 1111 of funds to wire out, per Esther McKean / Dave DiPerna |
| | | | | --- | | |
| 1111 | 12/10/2025 | 12/10/2025 | (24,163.06) | 0.00 | Alprop-I, LLC / --- | Wire out to Alprop-I, LLC / Wells Fargo Bank, N.A., per Esther McKean / Jeanette Martinez Goldberg |
| 1111 | 12/16/2025 | 12/16/2025 | 24,163.06 | 24,163.06 | | Matter transfer from CIB 1055 to IOTA 1111 for wire out December Rent Lease 75468 [Moderno Porcelain Tampa], per Esther McKean |
| | | | | --- | | |
| 1111 | 12/16/2025 | 12/16/2025 | (24,163.06) | 0.00 | Alprop-I, LLC / --- | Wire out to Alprop-I, LLC / Wells Fargo Bank, N.A., for December Rent - Lease 75468 [Moderno Porcelain Tampa], per Esther McKean / Jeanette Martinez Goldberg |

Akerman LLP Trust Ledger (2/2)

| Bank Account Name | Transaction Date | Posting Date | Amount | Balance | Trst Tran Doc | Rcpt Doc | Comment / Narrative |
|---|---|---|---|---|---|---|---|
| 1055 | 12/2/2025 | 12/2/2025 | 130,000.00 | 130,000.00 | 12022025 | 1111 | Transfer $130,000 from M# 00464919-1111 Wells Fargo to the new CIB 1055 M#00464919 per E.McKean |
| 1055 | 12/10/2025 | 12/10/2025 | (24,163.06) | 105,836.94 | T12102025 | | Bank matter transfer from CIB 1055 to 1111 of funds to wire out, per Esther McKean / Dave DiPerna |
| 1055 | 12/16/2025 | 12/16/2025 | (24,163.06) | 81,673.88 | T12162025 | | Matter transfer from CIB 1055 to IOTA 1111 for wire out December Rent Lease 75468 [Moderno Porcelain Tampa], per Esther McKean |