**Fill in this information to identify the case:**

Debtor Name  Moderno Porcelain Tampa, LLC

United States Bankruptcy Court for the:  Middle  District of  Florida

Case number:  8-25-bk-08025

❑ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  January 2026

Date report filed:  02/23/2026
MM / DD / YYYY

Line of business: _____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Rebecca Sisson

Original signature of responsible party  *Rebecca Sisson*

Printed name of responsible party  Rebecca Sisson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name    **Moderno Porcelain Tampa, LLC**            Case number  8-25-bk-08025

17. Have you paid any bills you owed before you filed bankruptcy?          ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ 37,656.59

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ 2,586.84

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.          − $ (40,772.22)

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.          + $ (38,185.38)

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.          = $ (528.82)

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ 19,231.44

    *(Exhibit E)*

Debtor Name  Moderno Porcelain Tampa, LLC                    Case number  8-25-bk-08025

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                    $ 13,778.00

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                  1

27. What is the number of employees as of the date of this monthly report?      3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ -0-

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ -0-

30. How much have you paid this month in other professional fees?                $ -0-

31. How much have you paid in total other professional fees since filing the case?      $ -0-

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 24,595.00 | − | $ 2,586.84 | = | $ 22,008.16 |
| 33. **Cash disbursements** | $ (17,123.00) | − | $ (40,772.22) | = | $ 23,649.22 |
| 34. **Net cash flow** | $ 7,472.00 | − | $ (38,185.38) | = | $ 35,657.38 |

35. Total projected cash receipts for the next month:                $ 80,593.00

36. Total projected cash disbursements for the next month:          − $ 77,370.00

37. Total projected net cash flow for the next month:               = $ 3,223.00

Debtor Name _____    Case number_____    page **4**

## ▊ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Exhibit C

| Posting Date | Document No. | G/L Account No. | Description | Amount ($) | External Document No. |
|---|---|---|---|---|---|
| 1/22/2026 | CR-100307 | 10150 | Zelle Text from Lais | 10.00 | |
| 1/9/2026 | CR-100308 | 10145 | Alex Malagon | 2,576.84 | |
| | | | Total | 2,586.84 | |

Returned wire                                                                                     3,000.00

Exhibit D

| Posting Date | Document No. | G/L Account No. | Description | Amount ($) | Purpose |
|---|---|---|---|---|---|
| 1/30/2026 | PMT-00711 | 10150 | Tax Payments: Company > SPA | -2,224.17 | Payroll |
| 1/30/2026 | PMT-00710 | 10150 | Direct Deposit Funds: Company > SPA | -435.96 | Payroll |
| 1/30/2026 | PMT-00709 | 10150 | Invoice | -22.38 | Payroll |
| 1/28/2026 | PMT-00708 | 10150 | Invisacook | -1,880.00 | Raw Material |
| 1/28/2026 | PMT-00707 | 10150 | Charter Communications | -223.95 | Internet |
| 1/27/2026 | PMT-00706 | 10150 | The Rock Sale Corp Zelle payment | -2,126.40 | Subcontractor |
| 1/27/2026 | PMT-00705 | 10150 | Dorothy Money LLC - Zelle  payment | -1,350.00 | Subcontractor |
| 1/21/2026 | PMT-00704 | 10150 | Wex Bank | -271.01 | Vehicle |
| 1/20/2026 | PMT-00703 | 10150 | Enterprise Fleet Management | -21.35 | Vehicle maintenance |
| 1/9/2026 | PMT-00702 | 10150 | Bank/Service Charges | -20.00 | Bank Charge |
| 1/21/2026 | PMT-00701 | 10145 | Bank/Service Charges | -25.16 | Bank Charge |
| 1/21/2026 | PMT-00700 | 10145 | General Liability Insurance | -545.56 | insurance |
| 1/15/2026 | PMT-00699 | 10145 | Tax Payments: Company > SPA | -921.66 | Payroll |
| 1/15/2026 | PMT-00698 | 10145 | Direct Deposit Funds: Company > SPA | -4,626.07 | Payroll |
| 1/15/2026 | PMT-00697 | 10145 | Invoice | -141.46 | Payroll |
| 1/14/2026 | PMT-00696 | 10145 | Charter Communications | -218.95 | internet |
| 1/14/2026 | PMT-00695 | 10145 | Fab & Install Consumables Dixie Plywood | -1,385.14 | Raw Material |
| 1/13/2026 | PMT-00694 | 10145 | Fab & Install Consumables Home Depot | -103.75 | Raw Material |
| 1/9/2026 | PMT-00693 | 10145 | Enterprise Fleet Management | -21.35 | Vehicle maintenance |
| 1/6/2026 | PMT-00692 | 10145 | DalTile | -17,182.40 | Raw Material |
| 1/6/2026 | PMT-00691 | 10145 | Charter Communications | -193.93 | Internet |
| 1/6/2026 | PMT-00690 | 10145 | Peace River Cooperative, Inc. | -931.52 | utilities |
| 1/5/2026 | PMT-00689 | 10145 | Porcelanosa USA | -5,900.05 | Raw Material |

Exhibit E

| Legal Entity | Vendor Name | Amount | Invoice No. | Invoice Date | Due Date | Purpose |
|---|---|---|---|---|---|---|
| Moderno Porcelain Tampa, LLC | WEX | 724.17 | 110299591 | 1/31/2026 | | Vehicle Lease |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 63.81 | RBDocuware01.26Tannp | 1/22/2026 | | Software Rebill |
| Moderno Porcelain Tampa, LLC | TOYOTA INDUSTRIES COMMERCIAL FINANCE, Inc. | 1,381.17 | 2791303 | 1/12/2026 | | Forklift lease |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Atlanta, LLC | 2,282.72 | PSI-2087 | 1/8/2026 | | Raw Material |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 14.05 | PSI-8617 | 12/31/2025 | 1/30/2026 | Software Rebill |
| Moderno Porcelain Tampa, LLC | MightySlab Distribution Company | 2,200.00 | PSI-1031 | 12/30/2025 | 1/29/2026 | Raw Material |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Orlando, LLC | 9,163.17 | PSI-2314 | 12/11/2025 | 1/10/2026 | Raw Material |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 63.81 | RBDocuware12.25TAMP | 12/9/2025 | 1/8/2026 | Software Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 4.25 | PSI-8521 | 12/1/2025 | 12/31/2025 | Raw Material |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 14.05 | PSI-8558 | 11/30/2025 | 12/30/2025 | Raw Material |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Orlando, LLC | 2,739.96 | PSI-2311 | 11/27/2025 | 12/27/2025 | Raw Material |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 31.51 | AMEXRB:110925Tannp | 11/21/2025 | 12/21/2025 | American Express Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 235.94 | PSI-8536 | 11/18/2025 | 12/18/2025 | Software Rebill |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 69.61 | RBDocuware 11.25TAM | 11/14/2025 | 12/14/2025 | Software Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 4.25 | PSI-8520 | 11/1/2025 | 12/1/2025 | Rebill of Employee insurance |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 21.97 | PSI-8462 | 10/31/2025 | 11/30/2025 | Rebill of Employee insurance |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 217.00 | PSI-8439 | 10/31/2025 | 11/30/2025 | October Software Rebill |
| | Total | 19,231.44 | | | | |

Exhibit F

**Moderno Tampa**
**Accounts Receivable Aging**

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | PSI-1387 | KEITH PRINZI | NAYNA_GUEST BATH_SO1281-1 | 6/4/2024 $ | 7,596.00  $ 7,596.00 | 7/4/2024 |
| Invoice | PSI-1434 | KEITH PRINZI | NAYNA_748 CATTAIL_POOL BATH_SO1281 | 6/28/2024 $ | 6,182.00  $ 6,182.00 | 7/28/2024 |
| | | | | | $ 13,778.00 | |

| TOTAL | $ 13,778.00 |
|---|---|

$ 13,778.00

**REGIONS**

Regions Bank
Uptown Crossing
5409 South Rice Ave.
Houston, TX 77081

MODERNO PORCELAIN TAMPA LLC
DEBTORS IN POSSESSION
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

**ACCOUNT #**          ▆▆▆▆ **5670**

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
January 1, 2026 through January 30, 2026

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$10,863.31** | | Minimum Balance | $1,980 |
| Deposits & Credits | $3,010.00 | + | Average Balance | $9,752 |
| Withdrawals | $11,555.22 | – | | |
| Fees | $20.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | – | | |
| **Ending Balance** | **$2,298.09** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 01/22 | Zelle Credit From Lais Silva Ref# 602200i03wos | 10.00 |
| 01/30 | Moderno Porcelai Trust Moderno Porcel | 3,000.00 |
| | Total Deposits & Credits | $3,010.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 01/20 | Enterprise Fm Tr Direct Pay Moderno Tampa  623829 | 21.35 |
| 01/21 | Wright Express   Fleet Debi Moderno Shower 9100014209632 | 271.01 |
| 01/27 | Moderno Porcelai Trust Moderno Porcel | 3,000.00 |
| 01/27 | Zelle Debit to Dorothy Mone Ref# 602700g0czuc | 1,350.00 |
| 01/27 | Zelle Debit to The Rock Sal Ref# 602700d02mni | 2,126.40 |
| 01/28 | Spectrum      Spectrum Moderno Porcel 9537257 | 223.95 |
| 01/29 | Card Purchase IN *Invisacook  7392 386-2638578  FL 32110   2960 | 1,880.00 |
| 01/30 | Cbiz767ajmoderno Invoice ST. Christophe Moderno Porcela | 22.38 |
| 01/30 | Cbiz767ajmoderno Taxes ST. Christophe Moderno Porcela | 435.96 |
| 01/30 | Cbiz767ajmoderno Dirdepxfer ST. Christophe Moderno Porcela | 2,224.17 |
| | Total Withdrawals | $11,555.22 |

### FEES

| | | | |
|---|---|---|---|
| 01/09 | Analysis Charge | 12-25 | 20.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**

2026 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Uptown Crossing
5409 South Rice Ave.
Houston, TX 77081

MODERNO PORCELAIN TAMPA LLC
DEBTORS IN POSSESSION
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

**ACCOUNT #**     ▮▮▮▮**5670**

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/09 | 10,843.31 | 01/22 | 10,560.95 | 01/29 | 1,980.60 |
| 01/20 | 10,821.96 | 01/27 | 4,084.55 | 01/30 | 2,298.09 |
| 01/21 | 10,550.95 | 01/28 | 3,860.60 |  |  |

**PLEASE BE AWARE THAT REGIONS
HAS PERMANENTLY DISCONTINUED
THE MINI-STATEMENT OPTION AT
ITS ATMS. OTHER STATEMENT
OPTIONS REMAIN AVAILABLE.**

## Easy Steps to Balance Your Account

**Checking Account**

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

# Bank Account Statement

Moderno Porcelain Tampa LLC

Bank Account Statement: Bank Account No.: TAMPA DIP, Statement No.: 2

Currency Code

| | | | |
|---|---|---|---|
| **Statement Date** | 01/31/26 | **Statement Balance** | 2,298.09 |
| **Balance Last Statement** | 10,863.31 | **Outstanding Bank Transactions** | 0.00 |
| **Statement Ending Balance** | 2,298.09 | **Subtotal** | 2,298.09 |
| | | **Outstanding Checks** | 0.00 |
| **G/L Balance at 01/31/26** | 2,298.09 | **Bank Account Balance** | 2,298.09 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| **Statement No.** | **2** | | | | | | |
| 01/09/26 | Bank Account Ledger Entry | PMT-00702 | Bank/Service Charges | | 1 | -20.00 | -20.00 |
| 01/20/26 | Bank Account Ledger Entry | PMT-00703 | Enterprise Fleet Management | | 1 | -21.35 | -21.35 |
| 01/21/26 | Bank Account Ledger Entry | PMT-00704 | Wex Bank | | 1 | -271.01 | -271.01 |
| 01/22/26 | Bank Account Ledger Entry | CR-100307 | Zelle Text from Lais | | 1 | 10.00 | 10.00 |
| 01/27/26 | Bank Account Ledger Entry | PMT-00705 | Dorothy Money LLC - Zelle payment | | 1 | -1,350.00 | -1,350.00 |
| 01/27/26 | Bank Account Ledger Entry | PMT-00706 | The Rock Sale Corp Zelle payment | | 1 | -2,126.40 | -2,126.40 |
| 01/28/26 | Bank Account Ledger Entry | PMT-00707 | Charter Communications | | 1 | -223.95 | -223.95 |
| 01/28/26 | Bank Account Ledger Entry | PMT-00708 | Invisacook | | 1 | -1,880.00 | -1,880.00 |
| 01/30/26 | Bank Account Ledger Entry | PMT-00709 | Invoice | | 1 | -22.38 | -22.38 |
| 01/30/26 | Bank Account Ledger Entry | PMT-00710 | Direct Deposit Funds: Company > SPA | | 1 | -435.96 | -435.96 |
| 01/30/26 | Bank Account Ledger Entry | PMT-00711 | Tax Payments: Company > SPA | | 1 | -2,224.17 | -2,224.17 |
| | | | | | **Total** | **-8,565.22** | **-8,565.22** |



# VERABANK

VeraBank, N.A.
P.O. Box 1009
Henderson, TX  75653-1009

00018794 TC02445S013126041603 01 000000000 0002302 002

MODERNO PORCELAIN TAMPA, LLC
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

| | |
|---|---|
| Account Number | ▮▮▮▮5755 |
| Statement Date | 01/30/2026 |
| Statement Thru Date | 02/01/2026 |
| Checks/Items Enclosed | 0 |
| Page | 1 |

## Customer Service Information

☎ **Customer Service:**
(877) 566-2621 or (903) 657-8521

◈ **Email Us At:**
contactus@verabank.com

🖱 **Visit Us Online:**
www.verabank.com

---

## ANALYSIS CHECKING

**Account Number:** ▮▮▮▮5755

**Account Owner(s):**   MODERNO PORCELAIN TAMPA, LLC

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/2026** | **$0.00** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 01/31/2026** | **$0.00** |
| Service Charges for Period | $0.00 |



**Complete this Section to Balance this Statement to your Transaction Register**

Month_____ 20_____

| | |
|---|---|
| **Bank Balance** Shown on statement | $ |

**Add (+)**
Deposits not shown
on this statement (if any)                $

_____

_____

**Total**                              $ (+)

**Subtract (-)**
Checks and other items outstanding
but not paid on this statement (if any)

| | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Total**                              $ (-)

**Balance**                            $

These balances should agree

**Your Transaction Register Balance**                $

**Add (+)**
Other credits shown on
this statement but not in
transaction register                    $

_____

**Add (+)**
Interest paid (for use in balancing
interest-bearing accounts only).        $

**Total**                              $ (+)

**Subtract (-)**
Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

**Total**                              $ (-)

**Balance**                            $

---

In Case of Errors or Questions About Your Electronic Transfers

Telephone us at 877-566-2621 or write us at VeraBank, N.A., P.O. Box 1009, Henderson, TX 75653-1009, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.







# VERABANK

VeraBank, N.A.
P.O. Box 1009
Henderson, TX  75653-1009

00012824 TC02445S013126041603 01 000000000 0000000 003

MODERNO PORCELAIN TAMPA, LLC
LOCAL ACCOUNT
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

| Account Number | 6332 |
| --- | --- |
| Statement Date | 01/30/2026 |
| Statement Thru Date | 02/01/2026 |
| Checks/Items Enclosed | 0 |
| Page | 1 |

### Customer Service Information

☎ **Customer Service:**
(877) 566-2621 or (903) 657-8521

◈ **Email Us At:**
contactus@verabank.com

🖱 **Visit Us Online:**
www.verabank.com

## ANALYSIS CHECKING                                      Account Number: 6332

**Account Owner(s):    MODERNO PORCELAIN TAMPA, LLC**

## Balance Summary

| | |
| --- | --- |
| **Beginning Balance as of 01/01/2026** | **$26,793.25** |
| + Deposits and Credits  (3) | $2,704.84 |
| - Withdrawals and Debits  (16) | $32,325.00 |
| **Ending Balance as of 01/31/2026** | **-$2,826.91** |
| Service Charges for Period | $25.16 |

## CREDITS

| Date | Description | Deposits |
| --- | --- | --- |
| Jan 09 | FROM: 4352 MALAGON DEP | 2,576.84 |
| Jan 27 | REFUND NSF FEE | 96.00 |
| Jan 27 | REFUND NSF FEE | 32.00 |

## NON CHECK DEBITS

| Date | Description | Withdrawals |
| --- | --- | --- |
| Jan 05 | TO: 6761 ACH PAYMENTS TRACKING ID:467322 1 | 5,900.05 |
| Jan 06 | PEACE RIVER ELEC/BANK DRAFT 0205085002 MODERNO PORCELIA | 883.79 |
| Jan 06 | SPECTRUM/SPECTRUM | 193.93 |
| Jan 06 | PEACE RIVER ELEC/BANK DRAFT 0205085001 MODERNO PORCELIA | 47.73 |
| Jan 06 | TO: 6761 ACH PAYMENTS TRACKING ID:467634 3 | 17,182.40 |
| Jan 09 | TO: 6761 ACH PAYMENTS TRACKING ID:469064 1 | 21.35 |
| Jan 14 | SPECTRUM/SPECTRUM | 218.95 |
| Jan 15 | CBIZ767AJMODERNO/DIRDEPXFER MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 4,626.07 |
| Jan 15 | CBIZ767AJMODERNO/TAXES MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 921.66 |
| Jan 15 | CBIZ767AJMODERNO/INVOICE MODERNO PORCELA ST. CHRISTOPHER HOLDIN | 141.46 |



**Complete this Section to Balance this Statement to your Transaction Register**

Month _____ 20 _____

**Bank Balance**
Shown on statement                          $ _____

**Add (+)**
Deposits not shown
on this statement (if any)                   $ _____

_____

_____

**Total**                          $ _____ (+)

**Subtract (-)**
Checks and other items outstanding
but not paid on this statement (if any)

| | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Total**                          $ _____ (-)

**Balance**                        $ _____

These balances should agree

**Your Transaction Register Balance**                $ _____

**Add (+)**
Other credits shown on
this statement but not in
transaction register                         $ _____

_____

**Add (+)**
Interest paid (for use in balancing
interest-bearing accounts only).            $ _____

**Total**                          $ _____ (+)

**Subtract (-)**
Other debits shown on this statement
but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

**Total**                          $ _____ (-)

**Balance**                        $ _____

---

**In Case of Errors or Questions About Your Electronic Transfers**

Telephone us at 877-566-2621 or write us at VeraBank, N.A., P.O. Box 1009, Henderson, TX 75653-1009, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.





# VERABANK

## NON CHECK DEBITS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Jan 15 | OVERDRAFT/NSF CHARGE | 96.00 |
| Jan 20 | AFCO/AFCO 0493290969 MPW SURFACING HOLDINGS | 545.56 |
| Jan 20 | OVERDRAFT/NSF CHARGE | 32.00 |
| Jan 21 | ANALYSIS ACTIVITY | 25.16 |

## DEBIT CARD TRANSACTIONS

| Date | Description | Deposits | Withdrawals |
|---|---|---|---|
| Jan 13 | POS PURCHASE THE HOME DEPOT #6319 BRADENTON FL 06257719 *****6648 01/13 16:08 | | 103.75 |
| Jan 14 | POS PURCHASE DIXIE PLYWOOD PE 912-447-7099 GA 00365356 *****6648 01/13 00:39 | | 1,385.14 |

## INSUFFICIENT & OVERDRAFT FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $128.00 | $128.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Jan 05 | 20,893.20 | Jan 13 | 5,037.09 | Jan 20 | -2,929.75 |
| Jan 06 | 2,585.35 | Jan 14 | 3,433.00 | Jan 21 | -2,954.91 |
| Jan 09 | 5,140.84 | Jan 15 | -2,352.19 | Jan 27 | -2,826.91 |



**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| **NOT AUDITED** | **As of** |
| :--- | :---: |
| | **01/31/2026** |

**ASSETS**
**Current Assets**

**Cash & Equivalents**

| | | |
| :--- | :--- | ---: |
| Veritex-Tampa-(9657) | $ | (0) |
| Veritex-Tampa Escrow-3834 | $ | 60 |
| Veritex Local Acct 9938 | $ | - |
| Vera Operating | $ | 0 |
| Vera Operating-6332 | $ | (2,827) |
| Tampa DIP | $ | 2,298 |
| Veritex Loan Reserve | $ | - |
| **Total Cash & Equivalents** | **$** | **(469)** |

**Trade Acct Receivable**

| | | |
| :--- | :--- | ---: |
| AR - Trade | $ | 4,595 |
| **Total Trade AR** | **$** | **4,595** |

**Accts Receivable - Related**

| | | |
| :--- | :--- | ---: |
| AR - Related | $ | - |
| **Total AR - Related** | **$** | **-** |

**AR - Intercompany**

| | | |
| :--- | :--- | ---: |
| Interco AR | $ | 286,805 |
| IC AR-Moderno NASH | $ | - |
| **Total AR - Intercompany** | **$** | **286,805** |

**Other Receivables**

| | | |
| :--- | :--- | ---: |
| | $ | - |
| **Total Other Receivables** | **$** | **-** |

**Inventory**

| | | |
| :--- | :--- | ---: |
| Inventory - Consignment | $ | (0) |
| Porcelain Slabs Inventory | $ | 77,998 |
| Porcelain Blanks Inventory | $ | (0) |
| Purchased Fabricated Porcelain | $ | 25,726 |
| Samples Inventory | $ | 0 |
| Foam Board | $ | 13,264 |
| Other Inventory | $ | - |
| Sinks Inventory | $ | 26,198 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | As of 01/31/2026 |
|---|---|
| Inventory - A-frames,Tools,Parts & Sup | $ 6,602 |
| Work in Process | $ 0 |
| **Total Inventory** | **$ 149,789** |
| | |
| **Prepaid Expenses** | |
| Prepaid Insurance | $ (2,738) |
| Other Prepaid Expenses | $ 1,873 |
| **Total Prepaid Expenses** | **$ (865)** |
| | |
| **Other Current Assets** | |
| | $ - |
| **Total Other Current Assets** | **$ -** |
| | |
| **Total Current Assets** | **$ 439,855** |
| | |
| **LONG TERM ASSETS** | |
| | |
| **PP&E** | |
| Fixed Assets Not In Service | $ - |
| | |
| **PP&E - Cost** | |
| Building | $ 435,390 |
| Lease Hold Improvements | $ 23,686 |
| Machinery and Equipment | $ 625,182 |
| Vehicles | $ - |
| Furniture and Fixtures | $ 101,414 |
| Computer Hardware | $ 6,022 |
| **Total PP&E - Cost** | **$ 1,191,694** |
| Accumulated Depreciation | $ (300,593) |
| **Total PP&E, Net** | **$ 891,101** |
| | |
| **Intangibles** | |
| | $ - |
| **Total Intangibles, net** | **$ -** |
| | |
| **Other Long Term Assets** | |
| Deposits | $ 66,807 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| | As of 01/31/2026 |
|---|---|
| **NOT AUDITED** | |
| **Total Other Long Term Assets** | $ 66,807 |
| **Total Investment in Subs** | $ - |
| **Total Long-Term Assets** | $ 957,908 |
| **TOTAL ASSETS** | $ 1,397,763 |
| **LIABILITIES** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accts Payable - Trade | $ 218,471 |
| **Total Accounts Payable** | $ 218,471 |
| **Accts. Payable - Related** | |
| Accts. Payable - Related | $ 24,561 |
| Accts. Payable - Employee | $ 29,870 |
| **Total Related AP** | $ 54,431 |
| **Accts Payable - Interco** | |
| Accts. Payable - Interco | $ 716,640 |
| IC AP-Mod Porcelain Works | $ 1,975,339 |
| IC AP-Mod Orlando | $ - |
| MOD Tampa | $ - |
| IC AP - SIXMM | $ 2,146 |
| IC AP- MSS | $ 11,758 |
| **Total Intercompany AP** | $ 2,705,884 |
| **Accrued Expenses** | |
| Accrued Payables | $ 30,763 |
| Customer Deposits | $ 59,406 |
| Interest Payable | $ 0 |
| Deferred Revenue | $ - |
| Accrued Payroll | $ 0 |
| FSA/HSA Emp Ded | $ 2 |
| Sales Taxes Payable | $ 5,302 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**
**NOT AUDITED**

|  | As of 01/31/2026 |
|---|---:|
| Other Accrued Expenses | $ 1,277 |
| Clearing account-REBILLS ONLY | $ - |
| Clearing Account | $ 895 |
| Payroll Clearing Account | $ (0) |
| **Total Accrued Expenses** | **$ 97,646** |
|  |  |
| **Short Term Debt** |  |
| Current Portion - LT Debt | $ 55,306 |
| Current Portion - LT Cap Lease | $ 28,055 |
| **Total Short Term Debt** | **$ 83,361** |
|  |  |
| **Total Current Liabilities** | **$ 3,159,793** |
|  |  |
| **Long Term Liabilities** |  |
|  |  |
| **Capital Lease Obligations** |  |
| Capital Lease - ForkLift | $ 12,392 |
| Capital Lease - Salem Quadro Lift & Glass Lifter | $ 0 |
| LT Capital Lease Contra | $ (28,055) |
| **Total Capital Lease Obligation** | **$ (15,663)** |
|  |  |
| **LT Debt Trade** |  |
| Veritex Equipment Loan | $ 22,402 |
| LT Debt Contra - Trade | $ (55,306) |
| **Total LT Trade Debt** | **$ (32,905)** |
|  |  |
| **LT Debt Related** |  |
|  | $ - |
| **Total LT Debt Related** | **$ -** |
|  |  |
|  | $ - |
| **Total Long Term Liabilities** | **$ (48,567)** |
|  |  |
| **TOTAL LIABILITIES** | **$ 3,111,226** |
|  |  |
| **EQUITY** |  |
| Contributions - Moderno Porcelain Works, LLC | $ 5,624 |
| Contributions - Ciro Ojara | $ 600,000 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**
**NOT AUDITED**                                     **As of**
                                                   **01/31/2026**

| | |
|---|---:|
| Contributions - Israel Suarez | $ 600,060 |
| Contributions - Sama Ghazi | $ 600,000 |
| Contributions - Adity Abrol | $ 600,000 |
| Contributions - Lais Luz | $ 3,000 |
| **Total Contributions** | **$ 2,408,684** |
| | |
| **Retained Earnings** | |
| Retained Earnings | $ (2,227,530) |
| Period Net Income | $ (1,894,617) |
| **Total Retained Earnings** | **$ (4,122,147)** |
| | |
| **TOTAL EQUITY** | **$ (1,713,462)** |
| | |
| **TOTAL LIABILITIES AND EQUITY** | **$ 1,397,763** |

Akerman LLP Trust Ledger

| Matter Name | Client Name | Transaction | Posting Da | Amount | Balance | Received From Paid To / Drawn By | Comment / Narrative |
|---|---|---|---|---|---|---|---|
| Ch 11 Subchapter V Bankruptcy - Moderno Porcelain Tampa LLC | Moderno Porcelain Tampa LLC | 1/30/2026 | 2/2/2026 | 126.71 | 57,836.15 | (1055)Wells Fargo - ORL- CIB - Moderno Porcelain Tampa LLC<br>--- / (1055)Wells Fargo - ORL- CIB - Moderno Porcelain Tampa LLC | January 2026 Wells Fargo Interest |
| Ch 11 Subchapter V Bankruptcy - Moderno Porcelain Tampa LLC | Moderno Porcelain Tampa LLC | 2/6/2026 | 2/6/2026 | (24,163.06) | 33,673.09 | | Bank internal transfer from CIB 1055 to IOTA 1111 for wire out February Rent Lease 75468 [Moderno Porcelain Tampa], per Esther McKean / Jay Stollenwerk |