UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division
www.flmb.uscourts.gov

In re:

MODERNO PORCELAIN TAMPA, LLC,

Chapter 11, Subchapter V
Case No. 8:25-bk-08025-RCT

Debtor.
_____/

### NOTICE OF SUPPLEMENT TO DEBTOR'S SCHEDULE A/B

Moderno Porcelain Tampa, LLC, (the "Debtor"), by and through undersigned counsel, files this Notice of Supplement as to Debtor's Schedule A / B Sec. 50[1] for the limited purpose of attaching a detailed spreadsheet further describing Debtor's previously disclosed equipment.

No amended Summary of Assets and Liabilities is required, as the Debtor's assets and liabilities have not changed.

Under penalty of perjury, I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

Roberto Contreras

---

[1] Doc. No. 15.

85772888;1

Dated:  March 11, 2026               Respectfully submitted,

 /s/ *Esther McKean*
By: Esther McKean, Esquire
Florida Bar Number: 28124
**AKERMAN LLP**
420 South Orange Avenue, Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
Email: esther.mckean@akerman.com

-and-

Ian Roberts, Esquire
Florida Bar Number: 101278
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Phone: (305) 982-5537
Email: ian.roberts@akerman.com

*Bankruptcy Counsel for Debtor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day (i) by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and (ii) via U.S. First Class mail, postage prepaid, to all parties on the attached creditor matrix.

/s/ *Esther McKean*
By: Esther McKean, Esquire

2

85772888;1

**List of Equipment**

Surface Pro - Seth Perrill

Surface Pro-Rich McDonough

MSFT Surface Pro - Flexijet

DELL Dell Latitude 3540

Dell Latitude 3540

Dell Latitude 3540 -

New Pig-Build-A-Berm Barrier

Slab displays and table base

Warehouse Storage Racks

SawTrak 3000 Series Saw Pkg

Bottero-Cutting Table & Bottero Straight Line Edging

Flexijet 3D Next Gen Templating System

Baca RoboJet RJ201
All Lift-Bridge Crane

Telescoping Economy Boom for Forklift

Fabrication Table w/Wheels

Kaeser Rotary Screw Compressor SK 20 125psi SC2 TriVolt

Raimondi East Cart

Raimondi East Vacuum Cups

Raimondi East Easy Grip

GQ Basic A-Frame

DC Quadra-Tilt Lifter w/8 11"

Salem Glass Lifter

ETM 2 -A Frame and 1 TRLR Frame incl shipping

Fork Lift

85773176;1