Label Matrix for local noticing
113A-8
Case 8:25-bk-08025-RCT
Middle District of Florida
Tampa
Wed Mar 11 11:56:39 EDT 2026

ALPROP-I, LLC
7978 COOPER CREEK BLVD
UNIVERSITY PARK, FL 34201-2139

ALPROP-I, LLC
c/o Erik Johanson, Esq.
Erik Johanson PLLC
3414 W. Bay to Bay Blvd., Suite 300
Tampa, FL 33629-7084

Alprop-I, LLC
570 Delaware Avenue
Buffalo, NY 14202-1206

Alprop-I, LLC
7978 Cooper Creek Bouelvard
Bradenton, FL 34201-2139

Amerigas
P.O. Box 371473
Pittsburgh, PA 15250-7473

Andrew W. Rosin, Esq.
Law Office of Andrew Rosin
1966 Hillview Street
Sarasota, FL 34239-3607

Eyal Berger
Akerman LLP
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Business Solutions Inter.
9203 Emmott Road
Houston, TX 77040-3329

Chemical Concepts, Inc.
410 Pike Road
Huntingdon Valley, PA 19006-1610

Crowe LLP
P.O. Box 71570
Chicago, IL 60694-1570

Culligan Quench
630 Allendale Road
Suite 200
King of Prussia, PA 19406-1695

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Kathleen L DiSanto
Bush Ross, P.A.
PO Box 3913
Tampa, FL 33601-3913

Dorothy Jean Money
650 N. Orange Ave. #4301
Orlando, FL 32801-1384

Teresa Marie Dorr
Office of the United States Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602-3945

Edgeworks
P.O. Box 270
South Haven, MI 49090-0270

Ferrellgas
One Liberty Plaza MD 40
Liberty MO 64068-2971

Floor & Decor Outlets of Am.
P.O. Box 842787
Dallas, TX 75284-2787

Florida Depart. of Revenue
Bankruptcy Section
P.O. Box
Tallahassee, FL 32314-6668

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Global Tranz Enterprises Inc
P.O. Box 736808
Dallas, TX 75373-6808

HYG Financial Services, Inc.
801 Walnut Street MAC F0006-052
Des Moines, IA 50309-3606

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Integrated Premise Techn.
1711 Sarong Place
Winter Park, FL 32792-6332

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Erik Johanson
Erik Johanson PLLC
3414 W Bay to Bay Blvd
Ste 300
Tampa, FL 33629-7084

Keith Prinzi
16416 US 19th N Lot #443
Clearwater, FL 33764-8704

Kit Composites, LLC
4560 Leston St.
Dallas, TX 75247-5730

Lais Silva
3032 Via Sienna Cir.
Sarasota, FL 34243-6500

Leviton Law Firm, Ltd.
One Pierce Place
Suite 725W
Itasca, IL 60143-1234

(p)MANATEE COUNTY TAX COLLECTOR
1001 3RD AVE W SUITE 240
BRADENTON FL 34205-7871

Manatee County Tax Collector (ML)
1001 3rd Ave W
Suite 240
Bradenton, FL 34205-7871

Mazzela Lifting Technologies
P.O. 74268
Cleveland, OH 44194-0002

(p)MAZZELLA LIFTING TECHNOLOGIES INC
21000 AEROSPACE PARKWAY
CLEVELAND OH 44142-1072

Esther A McKean
Akerman LLP
420 South Orange Ave. Suite 1200
Orlando, FL 32801-4904

Moderno Atlanta LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

Moderno Central TX LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

Moderno Houston LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

Moderno LOG LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

Moderno Los Angeles LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

Moderno Phoenix LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

Moderno Porcelain Orlando LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

Moderno Porcelain Tampa, LLC
P.O. Box 25169
Houston, TX 77265-5169

Moderno Porcelain Works
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

Moderno Porcelain Works, LLC
P.O. Box 25169
Houston, TX 77265-5169

Moderno Six MM LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

Moderno Six MM Southeast LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

Moderno Twin Cities LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

Mold Restoration Pro
4902 SW 141st Ave.
Mirimar, FL 33027-6207

Norberg Electric & Mech.
1589 Highpoint Dr.
Elgin, IL 60123-9303

Occupational Health Centers
P.O. Box 82549
Hapeville, GA 30354-0549

Peace River Cooperative, Inc
P.O. Box 1547
Wauchula, FL 33873-1547

Ian Roberts
Akerman LLP
98 SE 7th St Rm 1216
Miami, FL 33131-3522

STATE OF FLORIDA - DEPARTMENT OF REVENUE
FREDERICK F. RUDZIK, ESQ.
P.O. BOX 6668
TALLAHASSEE, FL 32314-6668

Seneca Construction Svcs Inc
440 Park Cir So
Saint Petersburg, FL 33707-1214

St Christopher Holdings LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

The Huntington National Bank, Successor by M
7557 Rambler Road, Suite 500
Dallas, Texas 75231-2379

The Rock Sale Corp.
1215 Benedict Ct.
ATTN: Ygo Moschen
Sarasota, FL 34237-3209

Transportation & Log. Srvs.
1855 Data Drive
Suite 170
Birmingham, AL 35244-2513

Transportation and Logistical
Services, Inc.
1855 Data Drive
Hoover, AL 35244-1236

United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Veritex Community Bank
8214 Westchester Dr.
Dallas, TX 75225-6110


Wells Fargo Financial Leasing, Inc.
801 Walnut Street MAC F0006-052
Des Moines, IA 50309-3606

WellsFargo Financial Leasin
P.O. Box 77096
Minneapolis, MN 55480-7796

Laura Worsham
Jones, Allen & Fuquay, LLP
7557 Rambler Road
Suite 500
Dallas, TX 75231-2379


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Manatee County Tax Collector
1001 3rd Ave W, Suite 240
Bradenton, FL 34205

Mazzella Lifting Technologies, Inc.
21000 Aerospace Parkway
Cleveland, OH 44142


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Alprop-I, LLC
570 Delaware Avenue
Buffalo, NY 14202-1206

(d)Kathleen L DiSanto
Bush Ross, P.A.
PO Box 3913
Tampa, FL 33601-3913

(u)Huntington National Bank, Successor by Mer


(d)Moderno Porcelain Works LLC
ATTN: Roberto Contreras
2000 W. Loop S., Suite 2150
Houston, TX 77027-3571

(u)The Huntington National Bank, Successor by

End of Label Matrix
Mailable recipients    65
Bypassed recipients     5
Total                  70