**Fill in this information to identify the case:**

Debtor Name  Moderno Porcelain Tampa, LLC

United States Bankruptcy Court for the: Middle  District of  Florida

Case number:  8-25-bk-08025

❑ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11      12/17

Month:        February 2026       Date report filed:  03/20/2026
                                                       MM / DD / YYYY

Line of business:                    NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:        Rebecca Sisson

Original signature of responsible party    *Rebecca Sisson*

Printed name of responsible party        Rebecca Sisson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name **Moderno Porcelain Tampa, LLC**      Case number **8-25-bk-08025**

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ (528.82)

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 74,635.44

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 30,929.28

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 43,706.16

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 43,177.34

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 20,309.69

    *(Exhibit E)*

Debtor Name   Moderno Porcelain Tampa, LLC                          Case number  8-25-bk-08025

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                   $ 13,778.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    1

27. What is the number of employees as of the date of this monthly report?       3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ -0-

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ -0-

30. How much have you paid this month in other professional fees?    $ -0-

31. How much have you paid in total other professional fees since filing the case?    $ -0-

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Projected** | **Actual** | **Difference** |
| | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 80,593.00 | – $ 74,635.44 | = $ 5,957.56 |
| 33. **Cash disbursements** | $ 77,370.00 | – $ 30,929.28 | = $ 46,440.72 |
| 34. **Net cash flow** | $ 3,223.00 | – $ 43,706.16 | = $ (40,483.16) |

35. Total projected cash receipts for the next month:                    $ 90,500.00

36. Total projected cash disbursements for the next month:             – $ 80,500.00

37. Total projected net cash flow for the next month:                    = $ 10,000.00

Debtor Name   Moderno Porcelain Tampa, LLC                          Case number   8-25-bk-08025

---

███    **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☑ 38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.   Bank reconciliation reports for each account.

☑ 40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.   Budget, projection, or forecast reports.

☐ 42.   Project, job costing, or work-in-progress reports.

---

Exhibit C

| Posting Date | G/L Account No. | Description | Amount ($) | Source Name |
|---|---|---|---|---|
| 2/2/2026 | 10145 | Customer Deposit | 5,728.72 | Vera Operating |
| 2/3/2026 | 10150 | XFR Balance of Account before Closing | 2,901.81 | Tampa DIP |
| 2/3/2026 | 10145 | XFR Balance of Account before Closing | -2,901.81 | Vera Operating |
| 2/10/2026 | 10150 | Magda Silveira | 13,240.00 | Tampa DIP |
| 2/11/2026 | 10150 | Customer Deposit | 1,720.00 | Tampa DIP |
| 2/12/2026 | 10150 | Lloyd Craftsmen, Inc. | 7,000.00 | Tampa DIP |
| 2/13/2026 | 10150 | Floor & Decor - Direct Sale Return | 420.68 | Tampa DIP |
| 2/20/2026 | 10150 | Rossco Consturction Services Inc | 26,202.50 | Tampa DIP |
| 2/26/2026 | 10150 | Floor & Decor - Direct Sale Return | -89.37 | Tampa DIP |
| 2/26/2026 | 10150 | Kathleen Primm | 15,000.00 | Tampa DIP |
| 2/26/2026 | 10150 | Floor & Decor - Direct Sale Return | 90.48 | Tampa DIP |
| 2/26/2026 | 10150 | Floor & Decor - Direct Sale Return | 89.37 | Tampa DIP |
| 2/26/2026 | 10150 | Floor & Decor - Direct Sale Return | 90.48 | Tampa DIP |
| 2/26/2026 | 10150 | Floor & Decor - Direct Sale Return | -90.48 | Tampa DIP |
| 2/26/2026 | 10150 | Floor & Decor - Direct Sale Return | 89.37 | Tampa DIP |
| 2/27/2026 | 10150 | Home Res Q | 5,143.69 | Tampa DIP |
| | | Total | 74,635.44 | |

| Posting Date | G/L Account No. | Description | Amount ($) | Purpose |
|---|---|---|---|---|
| 2/3/2026 | 10150 | Moraware, Inc | -100.00 | Software |
| 2/4/2026 | 10150 | Bank/Service Charges | -30.00 | Bank fee |
| 2/4/2026 | 10150 | Home Depot | -150.42 | raw materials |
| 2/4/2026 | 10150 | Bush Ross, P.A. | -4,000.00 | trustee fee |
| 2/4/2026 | 10150 | Hyphen Solutions | -874.96 | Software |
| 2/5/2026 | 10150 | Peace River Cooperative, Inc. | -31.72 | utilities |
| 2/9/2026 | 10150 | Floor and Decor Outlets of America Inc | -1,391.75 | raw materials |
| 2/9/2026 | 10150 | Analysis Charge | -8.00 | Bank fee |
| 2/9/2026 | 10150 | Skyline Stone Products | -785.96 | raw materials |
| 2/9/2026 | 10150 | Home Depot | -167.37 | raw materials |
| 2/9/2026 | 10150 | St Pete Hauling | -561.75 | freight |
| 2/10/2026 | 10150 | The Rock Sale Corp | -1,523.60 | subcontract labor |
| 2/11/2026 | 10150 | Fab & Install Consumables | -181.89 | raw materials |
| 2/11/2026 | 10150 | Wex Bank | -724.17 | fuel |
| 2/11/2026 | 10150 | Sunbelt Rentals | -3,305.15 | equipment rental |
| 2/12/2026 | 10150 | Wire Fee | -15.00 | Bank fee |
| 2/12/2026 | 10150 | Gomes Tile & Marble Corp | -2,000.00 | subcontract labor |
| 2/12/2026 | 10150 | Home Depot | -269.28 | raw materials |
| 2/13/2026 | 10150 | Jan Benefits | -42.87 | benefits |
| 2/13/2026 | 10150 | Gomes Tile & Marble Corp | -2,000.00 | subcontract labor |
| 2/13/2026 | 10150 | Tax Payments: Company > SPA | -368.48 | payroll |
| 2/13/2026 | 10150 | Direct Deposit Funds: Company > SPA | -2,274.17 | payroll |
| 2/13/2026 | 10150 | Invoice | -33.76 | payroll |
| 2/17/2026 | 10150 | Porcelanosa USA | -1,075.97 | raw materials |
| 2/18/2026 | 10150 | KBIS Parking Metropolis | -14.84 | trade show expense |
| 2/19/2026 | 10150 | Floor and Decor Outlets of America Inc | -881.38 | raw materials |
| 2/20/2026 | 10150 | KBIS Expense | 45.00 | trade show expense |
| 2/20/2026 | 10150 | Fab & Install Consumables Construction Resources | 3,862.50 | raw materials |
| 2/20/2026 | 10150 | Enterprise Fleet Management | -21.35 | vehicle management |
| 2/20/2026 | 10150 | KBIS Expense | -45.00 | trade show expense |
| 2/20/2026 | 10150 | Fab & Install Consumables Construction Resources | -3,862.50 | raw materials |
| 2/20/2026 | 10150 | KBIS Expense | -3.20 | trade show expense |
| 2/20/2026 | 10150 | KBIS Expense | -45.00 | trade show expense |
| 2/20/2026 | 10150 | Fab & Install Consumables Construction Resources | -3,862.50 | raw materials |
| 2/23/2026 | 10150 | Floor and Decor Outlets of America Inc | -245.78 | raw materials |
| 2/23/2026 | 10150 | KBIS Expense | -717.99 | trade show expense |
| 2/26/2026 | 10150 | Benefits | -42.87 | benefits |
| 2/27/2026 | 10150 | AFCO Insurance Premium Finance | -563.06 | insurance |
| 2/27/2026 | 10150 | Tax Payments: Company > SPA | -368.50 | payroll |
| 2/27/2026 | 10150 | Direct Deposit Funds: Company > SPA | -2,224.16 | payroll |
| 2/27/2026 | 10150 | Invoice | -22.38 | payroll |
| | | Total | -30,929.28 | |

Exhibit E

| Legal Entity | Vendor Name | Amount | Invoice No. | Invoice Date | Due Date | Purpose |
|---|---|---|---|---|---|---|
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 1,009.56 | AMEXRB:020626tamp | 2/26/2026 | 3/28/2026 | O Rocha Travel to Hub |
| Moderno Porcelain Tampa, LLC | Peace River Electric | 720.55 | 02/17/2026 - 5002 | 2/17/2026 | 3/10/2026 | Utilities |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 63.81 | RBDocuware02.26Tamp | 2/17/2026 | 3/19/2026 | Software Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 8.50 | PSI-8693 | 2/2/2026 | 3/4/2026 | Benefit rebill |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 63.81 | RBDocuware01.26Tannp | 1/22/2026 | | Software Rebill |
| Moderno Porcelain Tampa, LLC | TOYOTA INDUSTRIES COMMERCIAL FINANCE, Inc. | 1,381.17 | 2791303 | 1/12/2026 | | Forklift lease |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Atlanta, LLC | 2,282.72 | PSI-2087 | 1/8/2026 | | Raw Material |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 14.05 | PSI-8617 | 12/31/2025 | 1/30/2026 | Software Rebill |
| Moderno Porcelain Tampa, LLC | MightySlab Distribution Company | 2,200.00 | PSI-1031 | 12/30/2025 | 1/29/2026 | Raw Material |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Orlando, LLC | 9,163.17 | PSI-2314 | 12/11/2025 | 1/10/2026 | Raw Material |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 63.81 | RBDocuware12.25TAMP | 12/9/2025 | 1/8/2026 | Software Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 4.25 | PSI-8521 | 12/1/2025 | 12/31/2025 | Raw Material |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 14.05 | PSI-8558 | 11/30/2025 | 12/30/2025 | Raw Material |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Orlando, LLC | 2,739.96 | PSI-2311 | 11/27/2025 | 12/27/2025 | Raw Material |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 31.51 | AMEXRB:110925Tannp | 11/21/2025 | 12/21/2025 | American Express Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 235.94 | PSI-8536 | 11/18/2025 | 12/18/2025 | Software Rebill |
| Moderno Porcelain Tampa, LLC | St. Christopher Holdings Ltd. | 69.61 | RBDocuware 11.25TAM | 11/14/2025 | 12/14/2025 | Software Rebill |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 4.25 | PSI-8520 | 11/1/2025 | 12/1/2025 | Rebill of Employee insurance |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 21.97 | PSI-8462 | 10/31/2025 | 11/30/2025 | Rebill of Employee insurance |
| Moderno Porcelain Tampa, LLC | Moderno Porcelain Works, LLC | 217.00 | PSI-8439 | 10/31/2025 | 11/30/2025 | October Software Rebill |

Total 20,309.69

**Moderno Tampa**
**Accounts Receivable Aging**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice | PSI-1387 | KEITH PRINZI | NAYNA_GUEST BATH_SO1281-1 | 6/4/2024 | $ 7,596.00 | $ 7,596.00 | 7/4/2024 |
| Invoice | PSI-1434 | KEITH PRINZI | NAYNA_748 CATTAIL_POOL BATH_SO1281 | 6/28/2024 | $ 6,182.00 | $ 6,182.00 | 7/28/2024 |
| | | | | | | $ 13,778.00 | |
| | | | **TOTAL** | | $ | **13,778.00** | |
| | | | | | $ | 13,778.00 | |



**REGIONS**

Regions Bank
Uptown Crossing
5409 South Rice Ave.
Houston, TX 77081

MODERNO PORCELAIN TAMPA LLC
DEBTORS IN POSSESSION
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

**ACCOUNT #** ▉▉▉▉▉ 5670

| | 001 |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 4 |

## LIFEGREEN BUSINESS CHECKING
January 31, 2026 through February 27, 2026

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$2,298.09** | | Minimum Balance | $825 − |
| Deposits & Credits | $71,808.53 | + | Average Balance | $12,386 |
| Withdrawals | $32,592.76 | − | | |
| Fees | $53.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Returned Checks | $1,716.48 | + | | |
| Checks | $0.00 | − | | |
| **Ending Balance** | **$43,177.34** | | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 02/03 | Moderno Porcelai ACH Paymen Moderno Porcel | 2,901.81 |
| 02/06 | Zelle Credit From Carlos Verge Ref# 603700a0cftv | 5,000.00 |
| 02/09 | Zelle Credit From Carlos Verge Ref# 604000c0amqr | 5,000.00 |
| 02/10 | Zelle Credit From Carlos Verge Ref# 604100j072ds | 3,240.00 |
| 02/11 | Mobile Deposit-Avail Tonight | 1,720.00 |
| 02/12 | Wire Transfer 1/Thomas L Her | 7,000.00 |
| 02/13 | Card Credit Floor and Decor  5713 Sarasota    FL 34243    2960 | 420.68 |
| 02/20 | Deposit - Thank You | 26,202.50 |
| 02/26 | Card Credit Floor and Decor  5713 Sarasota    FL 34243    2960 | 89.37 |
| 02/26 | Card Credit Floor and Decor  5713 Sarasota    FL 34243    2960 | 90.48 |
| 02/26 | Deposit - Thank You | 15,000.00 |
| 02/27 | Moderno Por Work Ccpymttpa Moderno Porcel 2344276 | 5,143.69 |
| | Total Deposits & Credits | $71,808.53 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 02/03 | Card Purchase Moraware, Inc.  5734 650-242-4272  NV 89511    2960 | 100.00 |
| 02/04 | Hyphen Solutions Vsp*hyphen Moderno Tampa  30486184 | 874.96 |
| 02/04 | Wire Transfer Bush Ross, P.A | 4,000.00 |
| 02/04 | PIN Purchase The Home Depot  5200 Bradenton        2960 | 150.42 |
| 02/05 | Peace River Elec Bank Draft Moderno Porcel 0205085001 | 31.72 |
| 02/05 | Peace River Elec Bank Draft Moderno Porcel 0205085002 | 838.24 |
| 02/09 | Card Purchase ST Pete Hauling  7299 727-4227643  FL 33704    2960 | 561.75 |
| 02/09 | PIN Purchase The Home Depot  5200 Bradenton        2960 | 167.37 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**Thank You For Banking With Regions!**
2026 Regions Bank Member FDIC. All loans subject to credit approval.



**REGIONS**

Regions Bank
Uptown Crossing
5409 South Rice Ave.
Houston, TX 77081

MODERNO PORCELAIN TAMPA LLC
DEBTORS IN POSSESSION
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

**ACCOUNT #**            5670

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 02/09 | Card Purchase IN *Skyline Sto  5072 678-5251677  FL 33912   2960 | 785.96 |
| 02/10 | PIN Purchase Floor and Deco   5713 Sarasota          2960 | 1,391.75 |
| 02/10 | Zelle Debit to The Rock Sal Ref# 604100a03men | 1,523.60 |
| 02/11 | Card Purchase Sunbelt Rentals  7394 Tampa       FL 33637   2960 | 3,305.15 |
| 02/11 | Wright Express   Fleet Debi Moderno Shower 9100014209632 | 724.17 |
| 02/11 | PIN Purchase Best Buy         5732 Sarasota    FL         2960 | 181.89 |
| 02/12 | Card Purchase The Home Depot  5200 Bradenton    FL 34201   2960 | 269.28 |
| 02/12 | Zelle Debit to Paulino  Gom Ref# 604300b0ewol | 2,000.00 |
| 02/13 | Cbiz767ajmoderno Invoice ST. Christophe Moderno Porcela | 33.76 |
| 02/13 | Cbiz767ajmoderno Taxes ST. Christophe Moderno Porcela | 368.48 |
| 02/13 | Cbiz767ajmoderno Dirdepxfer ST. Christophe Moderno Porcela | 2,274.17 |
| 02/13 | Zelle Debit to Paulino  Gom Ref# 604400o08zms | 2,000.00 |
| 02/13 | Moderno Por Work Ben Jan 1 Moderno Porcel 2313574 | 42.87 |
| 02/17 | Card Purchase Porcelanosa       5039 201-995-1310  NJ 07446   2960 | 1,075.97 |
| 02/18 | Card Purchase Metropolis Park  7523 Metropolis.Io TN 37201    2960 | 14.84 |
| 02/19 | Card Purchase Floor and Decor  5713 941-554-0015  FL 34243   2960 | 881.38 |
| 02/19 | Peace River Elec Web Pmts Moderno Porcel Tc4dxr | 878.24 |
| 02/20 | Card Purchase Fsp*grand Hotel  7011 Orlando      FL 32819   2960 | 3.20 |
| 02/20 | Card Purchase Construction Re  5211 678-4687359  FL 34109   2960 | 3,862.50 |
| 02/20 | Card Purchase Tst*mangos Trop  5813 Orlando      FL 32819   2960 | 45.00 |
| 02/20 | Enterprise Fm Tr Direct Pay Moderno Tampa  623829 | 21.35 |
| 02/23 | Card Purchase Fsp*grand Hotel  7011 Orlando      FL 32819   2960 | 717.99 |
| 02/23 | Card Purchase Floor and Decor  5713 941-554-0015  FL 34243   2960 | 245.78 |
| 02/26 | Moderno Por Work Ben 2/27 Moderno Porcel 2340633 | 42.87 |
| 02/27 | Cbiz767ajmoderno Invoice ST. Christophe Moderno Porcela | 22.38 |
| 02/27 | Cbiz767ajmoderno Taxes ST. Christophe Moderno Porcela | 368.50 |
| 02/27 | Afco Credit Corp Payments Mpw Surfacing  29713658 | 563.06 |
| 02/27 | Cbiz767ajmoderno Dirdepxfer ST. Christophe Moderno Porcela | 2,224.16 |
| | **Total Withdrawals** | **$32,592.76** |

## FEES

| Date | Description | Amount |
|---|---|---|
| 02/04 | Wire Transfer Domestic Out F | 30.00 |
| 02/09 | Analysis Charge        01-26 | 8.00 |
| 02/12 | Wire Transfer Incoming Fee | 15.00 |
| | **Total Fees** | **$53.00** |

## RETURNED CHECKS

| Date | Description | Amount |
|---|---|---|
| 02/06 | Credit-Returned Ck#         5844 | 838.24 |
| 02/20 | Credit-Returned Ck#        4187 | 878.24 |
| | **Total Returned Checks** | **$1,716.48** |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/03 | 5,099.90 | 02/10 | 8,814.37 | 02/18 | 5,649.47 |
| 02/04 | 44.52 | 02/11 | 6,323.16 | 02/19 | 3,889.85 |
| 02/05 | 825.44 - | 02/12 | 11,038.88 | 02/20 | 27,038.54 |
| 02/06 | 5,012.80 | 02/13 | 6,740.28 | 02/23 | 26,074.77 |
| 02/09 | 8,489.72 | 02/17 | 5,664.31 | 02/26 | 41,211.75 |

# REGIONS

Regions Bank
Uptown Crossing
5409 South Rice Ave.
Houston, TX 77081

MODERNO PORCELAIN TAMPA LLC
DEBTORS IN POSSESSION
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

**ACCOUNT #**          5670

|            | 001    |
|------------|--------|
| Cycle      | 26     |
| Enclosures | 0      |
| Page       | 3 of 4 |

## DAILY BALANCE SUMMARY (CONTINUED)

| Date  | Balance   |
|-------|-----------|
| 02/27 | 43,177.34 |

**PLEASE BE AWARE THAT REGIONS
HAS PERMANENTLY DISCONTINUED
THE MINI-STATEMENT OPTION AT
ITS ATMS. OTHER STATEMENT
OPTIONS REMAIN AVAILABLE.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

# Bank Account Statement

Moderno Porcelain Tampa LLC

Bank Account Statement: Bank Account No.: TAMPA DIP, Statement No.: 3

Currency Code

| | | | |
|---|---|---|---|
| **Statement Date** | 02/28/26 | **Statement Balance** | 43,177.34 |
| **Balance Last Statement** | 2,298.09 | **Outstanding Bank Transactions** | 0.00 |
| **Statement Ending Balance** | 43,177.34 | **Subtotal** | 43,177.34 |
| | | **Outstanding Checks** | 0.00 |
| **G/L Balance at 02/28/26** | 43,177.34 | **Bank Account Balance** | 43,177.34 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| **Statement No.** | **3** | | | | | | |
| 02/03/26 | Bank Account Ledger Entry | CR-100309 | XFR Balance of Account before Closing | | 1 | 2,901.81 | 2,901.81 |
| 02/03/26 | Bank Account Ledger Entry | PMT-00712 | Moraware, Inc | | 1 | -100.00 | -100.00 |
| 02/04/26 | Bank Account Ledger Entry | PMT-00713 | Hyphen Solutions | | 1 | -874.96 | -874.96 |
| 02/04/26 | Bank Account Ledger Entry | PMT-00714 | Bush Ross, P.A. | | 1 | -4,000.00 | -4,000.00 |
| 02/04/26 | Bank Account Ledger Entry | PMT-00715 | Home Depot | | 1 | -150.42 | -150.42 |
| 02/04/26 | Bank Account Ledger Entry | PMT-00716 | Bank/Service Charges | | 1 | -30.00 | -30.00 |
| 02/05/26 | Bank Account Ledger Entry | PMT-00717 | Peace River Cooperative, Inc. | | 1 | -31.72 | -31.72 |
| 02/09/26 | Bank Account Ledger Entry | PMT-00721 | St Pete Hauling | | 1 | -561.75 | -561.75 |
| 02/09/26 | Bank Account Ledger Entry | PMT-00722 | Home Depot | | 1 | -167.37 | -167.37 |
| 02/09/26 | Bank Account Ledger Entry | PMT-00723 | Skyline Stone Products | | 1 | -785.96 | -785.96 |
| 02/09/26 | Bank Account Ledger Entry | PMT-00724 | Analysis Charge | | 1 | -8.00 | -8.00 |
| 02/09/26 | Bank Account Ledger Entry | PMT-00725 | Floor and Decor Outlets of America Inc | | 1 | -1,391.75 | -1,391.75 |
| 02/10/26 | Bank Account Ledger Entry | CR-100310 | Magda Silveira | | 1 | 13,240.00 | 13,240.00 |
| 02/10/26 | Bank Account Ledger Entry | PMT-00726 | The Rock Sale Corp | | 1 | -1,523.60 | -1,523.60 |
| 02/11/26 | Bank Account Ledger Entry | PMT-00727 | Sunbelt Rentals | | 1 | -3,305.15 | -3,305.15 |
| 02/11/26 | Bank Account Ledger Entry | PMT-00728 | Wex Bank | | 1 | -724.17 | -724.17 |
| 02/11/26 | Bank Account Ledger Entry | CR-100314 | Unknown Deposit | | 1 | 1,720.00 | 1,720.00 |
| 02/11/26 | Bank Account Ledger Entry | PMT-00750 | Fab & Install Consumables | | 1 | -181.89 | -181.89 |
| 02/12/26 | Bank Account Ledger Entry | CR-100311 | Lloyd Craftsmen, Inc. | | 1 | 7,000.00 | 7,000.00 |
| 02/12/26 | Bank Account Ledger Entry | PMT-00729 | Home Depot | | 1 | -269.28 | -269.28 |
| 02/12/26 | Bank Account Ledger Entry | PMT-00730 | Gomes Tile & Marble Corp | | 1 | -2,000.00 | -2,000.00 |
| 02/12/26 | Bank Account Ledger Entry | PMT-00731 | Wire Fee | | 1 | -15.00 | -15.00 |

# Bank Account Statement

Moderno Porcelain Tampa LLC

Currency Code

| | | | | |
|---|---|---|---|---|
| **Statement Date** | 02/28/26 | **Statement Balance** | | 43,177.34 |
| **Balance Last Statement** | 2,298.09 | **Outstanding Bank Transactions** | | 0.00 |
| **Statement Ending Balance** | 43,177.34 | **Subtotal** | | 43,177.34 |
| | | **Outstanding Checks** | | 0.00 |
| **G/L Balance at 02/28/26** | 43,177.34 | **Bank Account Balance** | | 43,177.34 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| 02/13/26 | Bank Account Ledger Entry | PMT-00718 | Invoice | | 1 | -33.76 | -33.76 |
| 02/13/26 | Bank Account Ledger Entry | PMT-00719 | Direct Deposit Funds: Company > SPA | | 1 | -2,274.17 | -2,274.17 |
| 02/13/26 | Bank Account Ledger Entry | PMT-00720 | Tax Payments: Company > SPA | | 1 | -368.48 | -368.48 |
| 02/13/26 | Bank Account Ledger Entry | PMT-00732 | Gomes Tile & Marble Corp | | 1 | -2,000.00 | -2,000.00 |
| 02/13/26 | Bank Account Ledger Entry | PMT-00733 | Jan Benefits | | 1 | -42.87 | -42.87 |
| 02/13/26 | Bank Account Ledger Entry | CR-100315 | Floor & Decor - Direct Sale Return | | 1 | 420.68 | 420.68 |
| 02/17/26 | Bank Account Ledger Entry | PMT-00734 | Porcelanosa USA | | 1 | -1,075.97 | -1,075.97 |
| 02/18/26 | Bank Account Ledger Entry | PMT-00738 | KBIS Parking Metropolis | | 1 | -14.84 | -14.84 |
| 02/19/26 | Bank Account Ledger Entry | PMT-00735 | Floor and Decor Outlets of America Inc | | 1 | -881.38 | -881.38 |
| 02/20/26 | Bank Account Ledger Entry | CR-100312 | Rossco Consturction Services Inc | | 1 | 26,202.50 | 26,202.50 |
| 02/20/26 | Bank Account Ledger Entry | PMT-00736 | Fab & Install Consumables Construction Resources | | 1 | -3,862.50 | -3,862.50 |
| 02/20/26 | Bank Account Ledger Entry | PMT-00737 | KBIS Expense | | 1 | -45.00 | -45.00 |
| 02/20/26 | Bank Account Ledger Entry | PMT-00739 | KBIS Expense | | 1 | -3.20 | -3.20 |
| 02/20/26 | Bank Account Ledger Entry | PMT-00740 | Fab & Install Consumables Construction Resources | | 1 | -3,862.50 | -3,862.50 |
| 02/20/26 | Bank Account Ledger Entry | PMT-00741 | KBIS Expense | | 1 | -45.00 | -45.00 |
| 02/20/26 | Bank Account Ledger Entry | PMT-00742 | Enterprise Fleet Management | | 1 | -21.35 | -21.35 |
| 02/20/26 | Bank Account Ledger Entry | PMT-00740 | Fab & Install Consumables Construction Resources | | 1 | 3,862.50 | 3,862.50 |
| 02/20/26 | Bank Account Ledger Entry | PMT-00741 | KBIS Expense | | 1 | 45.00 | 45.00 |
| 02/23/26 | Bank Account Ledger Entry | PMT-00743 | KBIS Expense | | 1 | -717.99 | -717.99 |
| 02/23/26 | Bank Account Ledger Entry | PMT-00744 | Floor and Decor Outlets of America Inc | | 1 | -245.78 | -245.78 |

# Bank Account Statement

Moderno Porcelain Tampa LLC

Currency Code

| | | | |
|---|---|---|---|
| **Statement Date** | 02/28/26 | **Statement Balance** | 43,177.34 |
| **Balance Last Statement** | 2,298.09 | **Outstanding Bank Transactions** | 0.00 |
| **Statement Ending Balance** | 43,177.34 | **Subtotal** | 43,177.34 |
| | | **Outstanding Checks** | 0.00 |
| **G/L Balance at 02/28/26** | 43,177.34 | **Bank Account Balance** | 43,177.34 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| 02/26/26 | Bank Account Ledger Entry | PMT-00745 | Benefits | | 1 | -42.87 | -42.87 |
| 02/26/26 | Bank Account Ledger Entry | CR-100316 | Floor & Decor - Direct Sale Return | | 1 | 89.37 | 89.37 |
| 02/26/26 | Bank Account Ledger Entry | CR-100317 | Floor & Decor - Direct Sale Return | | 1 | -90.48 | -90.48 |
| 02/26/26 | Bank Account Ledger Entry | CR-100318 | Kathleen Primm | | 1 | -15,000.00 | -15,000.00 |
| 02/26/26 | Bank Account Ledger Entry | PMT-00751 | Hold on Primm Deposit | | 1 | -8,275.00 | -8,275.00 |
| 02/26/26 | Bank Account Ledger Entry | CR-100318 | Kathleen Primm | | 1 | 15,000.00 | 15,000.00 |
| 02/26/26 | Bank Account Ledger Entry | CR-100317 | Floor & Decor - Direct Sale Return | | 1 | 90.48 | 90.48 |
| 02/26/26 | Bank Account Ledger Entry | CR-100319 | Floor & Decor - Direct Sale Return | | 1 | 89.37 | 89.37 |
| 02/26/26 | Bank Account Ledger Entry | CR-100320 | Floor & Decor - Direct Sale Return | | 1 | 90.48 | 90.48 |
| 02/26/26 | Bank Account Ledger Entry | CR-100321 | Kathleen Primm | | 1 | 15,000.00 | 15,000.00 |
| 02/26/26 | Bank Account Ledger Entry | CR-100319 | Floor & Decor - Direct Sale Return | | 1 | -89.37 | -89.37 |
| 02/26/26 | Bank Account Ledger Entry | PMT-00751 | Hold on Primm Deposit | | 1 | 8,275.00 | 8,275.00 |
| 02/27/26 | Bank Account Ledger Entry | CR-100313 | Home Res Q | | 1 | 5,143.69 | 5,143.69 |
| 02/27/26 | Bank Account Ledger Entry | PMT-00746 | Invoice | | 1 | -22.38 | -22.38 |
| 02/27/26 | Bank Account Ledger Entry | PMT-00747 | Direct Deposit Funds: Company > SPA | | 1 | -2,224.16 | -2,224.16 |
| 02/27/26 | Bank Account Ledger Entry | PMT-00748 | Tax Payments: Company > SPA | | 1 | -368.50 | -368.50 |
| 02/27/26 | Bank Account Ledger Entry | PMT-00749 | AFCO Insurance Premium Finance | | 1 | -563.06 | -563.06 |
| | | | **Total** | | | **40,879.25** | **40,879.25** |



# V E R A B A N K

VeraBank, N.A.
P.O. Box 1009
Henderson, TX 75653-1009

00000021 TC02445S020526020037 01 000000000 0000000 003

MODERNO PORCELAIN TAMPA, LLC
LOCAL ACCOUNT
2000 WEST LOOP S STE 2150
HOUSTON TX 77027-3571

**FINAL STATEMENT**

| | |
|---|---|
| Account Number | ██████6332 |
| Statement Date | 02/04/2026 |
| Statement Thru Date | 02/04/2026 |
| Checks/Items Enclosed | 0 |
| Page | 1 |

### Customer Service Information

☎ **Customer Service:**
(877) 566-2621 or (903) 657-8521

◈ **Email Us At:**
contactus@verabank.com

🖱 **Visit Us Online:**
www.verabank.com

---

## ANALYSIS CHECKING

Account Number: ██████6332

**Account Owner(s):** MODERNO PORCELAIN TAMPA, LLC

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/2026** | **-$2,826.91** |
| + Deposits and Credits (1) | $5,728.72 |
| - Withdrawals and Debits (1) | $2,901.81 |
| **Ending Balance as of 02/04/2026** | **$0.00** |
| Service Charges for Period | $0.00 |

### CREDITS

| Date | Description | Deposits |
|---|---|---|
| Feb 02 | FROM: 4352 CC GAUBEKA | 5,728.72 |

### NON CHECK DEBITS

| Date | Description | Withdrawals |
|---|---|---|
| Feb 02 | TO: 6761 ACH PAYMENTS TRACKING ID:479188 6 | 2,901.81 |

### INSUFFICIENT & OVERDRAFT FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $128.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**Complete this Section to Balance this Statement to your Transaction Register**

Month _____ 20 _____

| | |
|---|---|
| **Bank Balance** Shown on statement | $ |
| **Add (+)** Deposits not shown on this statement (if any) | $ |
| | |
| **Total** | $ (+) |

**Subtract (-)**
Checks and other items outstanding but not paid on this statement (if any)

| | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| **Total** | $ (-) |
| **Balance** | $ |

These balances should agree

| | |
|---|---|
| **Your Transaction Register Balance** | $ |
| **Add (+)** Other credits shown on this statement but not in transaction register | $ |
| | |
| **Total** | $ (+) |

**Add (+)**
Interest paid (for use in balancing interest-bearing accounts only).  $

| | |
|---|---|
| **Total** | $ (+) |

**Subtract (-)**
Other debits shown on this statement but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

| | |
|---|---|
| **Total** | $ (-) |
| **Balance** | $ |

---

**In Case of Errors or Questions About Your Electronic Transfers**

Telephone us at 877-566-2621 or write us at VeraBank, N.A., P.O. Box 1009, Henderson, TX 75653-1009, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.





**VERA BANK**

## DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| Feb 02 | 0.00 |



# Bank Account Statement

Moderno Porcelain Tampa LLC

Bank Account Statement: Bank Account No.: VERA-6332, Statement No.: 11

Currency Code

| | | | |
|---|---|---|---|
| **Statement Date** | 02/28/26 | **Statement Balance** | 0.00 |
| **Balance Last Statement** | -2,826.91 | **Outstanding Bank Transactions** | 0.00 |
| **Statement Ending Balance** | 0.00 | **Subtotal** | 0.00 |
| | | **Outstanding Checks** | 0.00 |
| **G/L Balance at 02/28/26** | 0.00 | **Bank Account Balance** | 0.00 |

| Transaction Date | Type | Document No. | Description | Value Date | Applied Entries | Applied Amount | Statement Amount |
|---|---|---|---|---|---|---|---|
| **Statement No.** | **11** | | | | | | |
| 02/02/26 | Bank Account Ledger Entry | CR-100322 | Need info from Lais | | 1 | 5,728.72 | 5,728.72 |
| 02/03/26 | Bank Account Ledger Entry | CR-100309 | XFR Balance of Account before Closing | | 1 | -2,901.81 | -2,901.81 |
| 02/09/26 | Bank Account Ledger Entry | CR-100306 | Alex Malagon | | 1 | 2,576.84 | 2,576.84 |
| 02/09/26 | Bank Account Ledger Entry | CR-100306 | Alex Malagon | | 1 | -2,576.84 | -2,576.84 |
| | | | | **Total** | | **2,826.91** | **2,826.91** |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | As of 02/28/2026 |
|---|---|

**ASSETS**
**Current Assets**

**Cash & Equivalents**

| | | |
|---|---|---|
| Veritex-Tampa-(9657) | $ | (0) |
| Veritex-Tampa Escrow-3834 | $ | 60 |
| Veritex Local Acct 9938 | $ | - |
| Vera Operating | $ | 0 |
| Vera Operating-6332 | $ | (0) |
| Tampa DIP | $ | 43,177 |
| Veritex Loan Reserve | $ | - |
| **Total Cash & Equivalents** | **$** | **43,237** |

**Trade Acct Receivable**

| | | |
|---|---|---|
| AR - Trade | $ | 38,963 |
| **Total Trade AR** | **$** | **38,963** |

**Accts Receivable - Related**

| | | |
|---|---|---|
| AR - Related | $ | - |
| **Total AR - Related** | **$** | **-** |

**AR - Intercompany**

| | | |
|---|---|---|
| Interco AR | $ | 286,805 |
| IC AR-Moderno NASH | $ | - |
| **Total AR - Intercompany** | **$** | **286,805** |

**Other Receivables**

| | | |
|---|---|---|
| | $ | - |
| **Total Other Receivables** | **$** | **-** |

**Inventory**

| | | |
|---|---|---|
| Inventory - Consignment | $ | (0) |
| Porcelain Slabs Inventory | $ | 77,998 |
| Porcelain Blanks Inventory | $ | (0) |
| Purchased Fabricated Porcelain | $ | 25,726 |
| Samples Inventory | $ | 0 |
| Foam Board | $ | 13,264 |
| Other Inventory | $ | - |
| Sinks Inventory | $ | 28,398 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | | As of |
| --- | --- | --- |
| | | **02/28/2026** |
| | | |
| Inventory - A-frames,Tools,Parts & Sup | $ | 6,602 |
| Work in Process | $ | 0 |
| **Total Inventory** | **$** | **151,989** |
| | | |
| **Prepaid Expenses** | | |
| Prepaid Insurance | $ | (3,880) |
| Other Prepaid Expenses | $ | 1,873 |
| **Total Prepaid Expenses** | **$** | **(2,007)** |
| | | |
| **Other Current Assets** | | |
| | $ | - |
| **Total Other Current Assets** | **$** | **-** |
| | | |
| **Total Current Assets** | **$** | **518,988** |
| | | |
| **LONG TERM ASSETS** | | |
| | | |
| **PP&E** | | |
| Fixed Assets Not In Service | $ | - |
| | | |
| **PP&E - Cost** | | |
| Building | $ | 435,390 |
| Lease Hold Improvements | $ | 23,686 |
| Machinery and Equipment | $ | 625,182 |
| Vehicles | $ | - |
| Furniture and Fixtures | $ | 101,414 |
| Computer Hardware | $ | 6,022 |
| **Total PP&E - Cost** | **$** | **1,191,694** |
| Accumulated Depreciation | $ | (310,816) |
| **Total PP&E, Net** | **$** | **880,878** |
| | | |
| **Intangibles** | | |
| | $ | - |
| **Total Intangibles, net** | **$** | **-** |
| | | |
| **Other Long Term Assets** | | |
| Deposits | $ | 66,807 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | | As of 02/28/2026 |
|---|---|---|
| **Total Other Long Term Assets** | $ | 66,807 |
| | | |
| **Total Investment in Subs** | $ | - |
| **Total Long-Term Assets** | $ | 947,685 |
| **TOTAL ASSETS** | $ | 1,466,673 |

**LIABILITIES**
**Current Liabilities**

**Accounts Payable**

| | | |
|---|---|---|
| Accts Payable - Trade | $ | 276,465 |
| **Total Accounts Payable** | $ | 276,465 |

**Accts. Payable - Related**

| | | |
|---|---|---|
| Accts. Payable - Related | $ | 25,634 |
| Accts. Payable - Employee | $ | 42,376 |
| **Total Related AP** | $ | 68,011 |

**Accts Payable - Interco**

| | | |
|---|---|---|
| Accts. Payable - Interco | $ | 719,062 |
| IC AP-Mod Porcelain Works | $ | 1,975,339 |
| IC AP-Mod Orlando | $ | - |
| MOD Tampa | $ | - |
| IC AP - SIXMM | $ | 2,146 |
| IC AP- MSS | $ | 11,758 |
| **Total Intercompany AP** | $ | 2,708,306 |

**Accrued Expenses**

| | | |
|---|---|---|
| Accrued Payables | $ | 38,303 |
| Customer Deposits | $ | 76,671 |
| Interest Payable | $ | 0 |
| Deferred Revenue | $ | - |
| Accrued Payroll | $ | 0 |
| FSA/HSA Emp Ded | $ | 2 |
| Sales Taxes Payable | $ | 5,302 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**
**NOT AUDITED**

|  |  | As of 02/28/2026 |
|---|---|---:|
| Other Accrued Expenses | $ | 1,277 |
| Clearing account-REBILLS ONLY | $ | - |
| Clearing Account | $ | 8,344 |
| Payroll Clearing Account | $ | (0) |
| **Total Accrued Expenses** | **$** | **129,899** |
|  |  |  |
| **Short Term Debt** |  |  |
| Current Portion - LT Debt | $ | 55,306 |
| Current Portion - LT Cap Lease | $ | 28,055 |
| **Total Short Term Debt** | **$** | **83,361** |
|  |  |  |
| **Total Current Liabilities** | **$** | **3,266,043** |
|  |  |  |
| **Long Term Liabilities** |  |  |
|  |  |  |
| **Capital Lease Obligations** |  |  |
| Capital Lease - ForkLift | $ | 12,392 |
| Capital Lease - Salem Quadro Lift & Glass Lifter | $ | 0 |
| LT Capital Lease Contra | $ | (28,055) |
| **Total Capital Lease Obligation** | **$** | **(15,663)** |
|  |  |  |
| **LT Debt Trade** |  |  |
| Veritex Equipment Loan | $ | 22,402 |
| LT Debt Contra - Trade | $ | (55,306) |
| **Total LT Trade Debt** | **$** | **(32,905)** |
|  |  |  |
| **LT Debt Related** |  |  |
|  | $ | - |
| **Total LT Debt Related** | **$** | **-** |
|  |  |  |
|  | $ | - |
| **Total Long Term Liabilities** | **$** | **(48,567)** |
|  |  |  |
| **TOTAL LIABILITIES** | **$** | **3,217,475** |
|  |  |  |
| **EQUITY** |  |  |
| Contributions - Moderno Porcelain Works, LLC | $ | 5,624 |
| Contributions - Ciro Ojara | $ | 600,000 |

**MODERNO PORCELAIN TAMPA LLC**
**BALANCE SHEET**

| NOT AUDITED | | As of |
|---|---|---|
| | | **02/28/2026** |
| | | |
| Contributions - Israel Suarez | $ | 600,060 |
| Contributions - Sama Ghazi | $ | 600,000 |
| Contributions - Adity Abrol | $ | 600,000 |
| Contributions - Lais Luz | $ | 3,000 |
| **Total Contributions** | **$** | **2,408,684** |
| | | |
| **Retained Earnings** | | |
| Retained Earnings | $ | (2,227,530) |
| Period Net Income | $ | (1,931,957) |
| **Total Retained Earnings** | **$** | **(4,159,486)** |
| | | |
| **TOTAL EQUITY** | **$** | **(1,750,802)** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **1,466,673** |

Na

Akerman LLP Trust Ledger

| Matter Name | Transaction Date | Posting Date | Amount | Balance | Comment / Narrative |
| --- | --- | --- | --- | --- | --- |
| Ch 11 Subchapter V Bankruptcy - Moderno Porcelain Tampa LLC | 2/27/2026 | 3/2/2026 | 71.46 | 33,744.55 | February 2026Wells Fargo Interest |